1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

UNITED STATES OF AMERICA        *        Docket 13-CR-57
5                                       *
versus                          *        Section H
6                                       *
MARK HEBERT                     *        November 10, 2014
7                                       *
* * * * * * * * * * * * * * * *

8

9

10              TRANSCRIPT OF SENTENCING BEFORE
              THE HONORABLE JANE TRICHE MILAZZO
11                UNITED STATES DISTRICT JUDGE

12

13   Appearances:

14

For the United States       U.S. Attorney's Office
15   of America:                BY:  TONY GORDON SANDERS, ESQ.
                            650 Poydras Street, Suite 1600
16                            New Orleans, Louisiana 70130

17

For the United States:      U.S. Attorney's Office
18                            BY:  STEPHEN C. PARKER, ESQ.
                            167 N. Main Street, Suite 800
19                            Memphis, Tennessee 38103

20

For the United States:      U.S. Department of Justice
21                            BY:  SHAN P. PATEL, ESQ.
                            601 D Street, NW
22                            Washington, DC 20004

23

24

25

1    Appearances:

2
                                        DAVIDSON S. EHLE III, ESQ.
3    For Mark Hebert:                   1108 Fourth Street
                                        Gretna, Louisiana 70053
4

5    Official Court Reporter:           Toni Doyle Tusa, CCR, FCRR
                                        500 Poydras Street, Room B-406
6                                       New Orleans, Louisiana 70130
                                        (504) 589-7778
7

8

9    Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## <u>PROCEEDINGS</u>

**(November 10, 2014)**

01:22    1
01:22    2

01:33    3    **THE COURT:**  Good afternoon.

01:33    4    **THE DEPUTY CLERK:**  Court is in session.  You may be
01:33    5    seated.  This is Criminal Action 13-57, United States of
01:33    6    America versus Mark Hebert.  Counsel, you can make your
01:33    7    appearance for the record.

01:33    8    **MR. PARKER:**  Stephen Parker for the United States,
01:33    9    Your Honor.

01:33   10    **MR. PATEL:**  Shan Patel for the United States,
01:33   11    Your Honor.

01:33   12    **MR. SANDERS:**  Tony Gordon Sanders on behalf of the
01:33   13    United States, Your Honor.

01:33   14    **MR. EHLE:**  Davidson Ehle on behalf of Mark Hebert.
01:33   15    Mr. Hebert is present.

01:33   16    **THE COURT:**  Thank you.  This matter is before the
01:33   17    Court for sentencing.  Is there any reason why sentence should
01:33   18    not be imposed at this time?

01:33   19    **MR. PARKER:**  No.  The United States is ready to
01:33   20    proceed, Your Honor.

01:33   21    **MR. EHLE:**  Mr. Hebert is ready, Your Honor.

01:33   22    **THE COURT:**  A presentence report has been prepared
01:34   23    pursuant to Rule 32 of the Federal Rules of Criminal Procedure.
01:34   24    I have read it, considered it, and allowed comment thereon by
01:34   25    the defendant, his counsel, and the government.

1    Mr. Hebert, have you received a copy of the
2  presentence report?
3         THE DEFENDANT:  Yes, I have.
4         THE COURT:  And have you had an opportunity to review
5  it?
6         THE DEFENDANT:  Yes, ma'am.
7         THE COURT:  The government has withdrawn previously
8  filed objections.  The defendant has filed numerous objections.
9  Specifically, upon receipt of the preliminary presentence
10 report, defendant filed 23 objections.  This Court held an
11 evidentiary hearing on July 21 through July 24.  Findings were
12 orally rendered on July 29, 2014.  Subsequently, probation
13 issued a revised draft incorporating my findings from the
14 hearing.  After the revised draft was issued, defendant
15 asserted three new objections and reurged the initial 23.  I
16 will address all 26 objections.
17         As to the initial 23 objections:
18         Number 1:  Defendant denies that he ordered his
19 wife to destroy the bag of driver's licenses hidden in his
20 garage.  This objection is overruled.  The uncontradicted
21 testimony at the evidentiary hearing revealed that his wife was
22 ordered to destroy the licenses.
23         Number 2:  Defendant denies that he stole
24 Mr. Bloch's television.  This objection is overruled.  At the
25 evidentiary hearing, this Court found that it was more likely

01:35  1  than not that the television set found in Mr. Hebert's home was
01:35  2  indeed the television retrieved from Mr. Bloch's residence.
01:35  3            Number 3:  Defendant objects to the PSR's
01:35  4  statement that Mr. Bloch did not have an interest in automobile
01:35  5  racing.  Defendant argues that there is no proof that Mr. Bloch
01:35  6  lacked such an interest.  This objection is overruled.  There
01:35  7  was no evidence from which this Court could find that Mr. Bloch
01:36  8  had any interest whatsoever in automobile racing.
01:36  9            Number 4:  Defendant contends that there is no
01:36  10 evidence that Mr. Bloch was intoxicated on the date of this
01:36  11 accident.  This objection is overruled.  Testimony elicited at
01:36  12 the evidentiary hearing revealed that it was more likely than
01:36  13 not that Mr. Bloch was intoxicated at the time of the accident.
01:36  14            Number 5:  Defendant denies that he ever
01:36  15 possessed much less returned Mr. Bloch's cell phone.  This
01:36  16 objection is overruled.  Testimony elicited at the evidentiary
01:36  17 hearing revealed that Albert Bloch reported that the defendant
01:36  18 had indeed returned his cell phone to him.
01:36  19            Number 6:  Defendant objects to the amount of
01:36  20 loss calculation in the PSR.  This objection is overruled.  The
01:36  21 government fully established the amount of loss at the
01:36  22 sentencing hearing.
01:36  23            Number 7 and Number 8:  Defendant denies that
01:36  24 his NCIC search of Mr. Bloch was for financial gain.  He
01:37  25 contends that he was attempting to determine if Mr. Bloch owned

1    two trucks.   In Objection 8 he asserts the same objection as to

2    the motive for the NCIC search.

3            In addressing both of these objections, the

4    objections are overruled.   Defendant's contention is

5    unsupported by evidence.   There were no facts shown at the

6    hearing that would render this contention plausible.   There is

7    no evidence that Mr. Bloch ever possessed much less owned one

8    truck let alone two.   Finally, there are absolutely no facts in

9    the record that would even support a suspicion that Mr. Bloch

10   possessed a truck.

11           Number 9:   Defendant disputes the PSR's

12   assertion that he was a regular customer of Clausen Racing

13   Products.   This objection is overruled.   The uncontested

14   testimony at the evidentiary hearing clearly shows that the

15   defendant was a regular customer of Clausen Racing Products.

16           Number 10:   Defendant disputes that Mr. Bloch is

17   deceased or that the defendant is responsible.   He particularly

18   cites the statement of Mr. Breland.   This objection is

19   overruled.   The Court specifically found at the evidentiary

20   hearing that Mr. Bloch is indeed deceased and that the

21   defendant is responsible.

22           Number 11:   Defendant again asserts that the

23   government has not proved that Mr. Bloch is dead.   He contends

24   that the government cannot prove when Mr. Bloch disappeared.

25   This objection is overruled for reasons previously cited.

Number 12:  Defendant asserts that the government cannot prove that the TV in his house is the same TV removed from Mr. Bloch's residence.  Defendant also argues that the government cannot prove when the defendant first possessed the Volvo key and was placed inside the police unit.  This objection is overruled.  Testimony and physical evidence elicited at the evidentiary hearing revealed that it was more probable than not that the TV found in defendant's home was, in fact, Mr. Bloch's.  The PSR makes no conclusion regarding the timing of defendant's possession of the Volvo key.

Number 13:  Defendant again denies killing Mr. Bloch and also denies that he was nervous or sweating during his interview with the Jefferson Parish Sheriff's Office.  This objection is overruled.  The uncontradicted testimony at the evidentiary hearing showed that the defendant was nervous and sweating during his interview with the Jefferson Parish Sheriff's Office.

Number 14:  Defendant again denies contacting his wife regarding disposal of the driver's licenses.  This objection is overruled for reasons previously articulated.

Number 15:  In Objections 15, 16, 17, and 19, defendant objects to paragraphs 70 through 75 of the PSR, which purport to support a two-level guideline adjustment for obstruction of justice.  These objections are overruled.  The uncontradicted testimony elicited at the evidentiary hearing

revealed that the defendant instructed his wife to destroy
driver's licenses; hid auto parts in the leaves at his father's
house; destroyed Albert Bloch's checks; removed Bloch's TV from
the home; and hid the stove purchased with Bloch's debit card
in a storage unit rented in his mother's name.

Number 18:  Defendant denies responsibility for
Mr. Bloch's death.  Defendant further denies that Bloch was
murdered by him or anyone else.  Defendant in this objection
referred to the cross-reference.  I am going to defer ruling on
that until after I have had an opportunity to hear argument
from counsel.  As to the first two, this objection is
overruled.  The Court found at the evidentiary hearing that
defendant was responsible for Mr. Bloch's death.  The
cross-reference will be discussed in detail at a later
objection.

Number 20:  Defendant notes that the PSR
references an $821 civil judgment against him.  He contends
that the judgment was related to a debt incurred by his wife
and not him.  He further contends that that judgment has been
satisfied.  This information is noted for the record.

Number 21:  Defendant objects to paragraph 144
of the PSR which states that he has no particular institutional
needs.  He requests placement in the RDAP program in order to
address his alcohol problems.  This information is again noted
for the record.

01:41   1          Number 22:  Defendant objects to the statement
01:41   2   in paragraph 93 regarding his sentence on state charges.
01:41   3   Defendant contends that he had a slightly different
01:41   4   understanding of the sentence imposed.  This information is
01:41   5   noted for the record.  It appears that the difference between
01:41   6   the probation officer's and defendant's understanding of the
01:41   7   sentence appears to be technical rather than substantive.
01:42   8          Number 23:  Defendant notes that the PSR
01:42   9   reflects that he lived alone for a period of time.  He contends
01:42  10   that his children lived with him for some of that time.  This
01:42  11   information is, too, noted for the record.
01:42  12          There were objections filed on August 14, 2014,
01:42  13   following the evidentiary hearing that was heard in July.  The
01:42  14   first objection filed was defendant asserts that the government
01:42  15   did not prove that he killed Mr. Bloch or when Mr. Bloch
01:42  16   disappeared.  Defendant also objects to the cross-reference.
01:42  17   He specifically contends that his conviction under
01:42  18   18 U.S.C. § 1344 is not a conviction that supports a
01:42  19   cross-reference.
01:42  20          At this time, Mr. Ehle, would you like to make
01:42  21   your argument?
01:42  22          **MR. EHLE:**  Thank you.  May it please the Court.
01:42  23   Your Honor, this is an argument against the cross-reference
01:42  24   application in § 2B1.1(c)(3).  I am sure the Court is aware of
01:43  25   the language in the cross-reference, but if you will indulge

1   me, for record purposes I want to not assume that the reader of

2   the record will automatically be familiar with the language.

3          So the cross-reference is, as I stated,

4   § 2B1.1(c)(3).  I wanted to go over (c)(1) in the beginning

5   because it specifically addresses the use of a firearm, a

6   destructive device, an explosive material, or a controlled

7   substance when taken.

8          The reason why I reference that, Your Honor, is

9   it doesn't state anything to do with having to do with

10  homicide.  It could have specifically listed homicide.  It

11  could have had a paragraph devoted to homicide or manslaughter

12  or second degree murder or whatever.  It doesn't.

13         The second paragraph deals with arson.  Again,

14  they could have had a paragraph devoted to homicide, but they

15  didn't.

16         So we get to the third paragraph of (c), and

17  this is the paragraph that the government argues should be

18  applied to cross-reference the fraud activity to a murder

19  sentence.  That is specifically what we object to.

20         Now, when you read paragraph (3), it's very

21  important, Your Honor, to consider the language and how the

22  language is used in paragraph (3).  It is certainly not obvious

23  from the language in paragraph (3) that this particular fraud

24  statute, bank fraud, may be applied using the cross-reference

25  to a murder sentence and here's why, Your Honor.

01:45  1          When you look at the language, it specifically
01:45  2     says "if (A) neither subdivision (1) or (2)," the ones that I
01:45  3     previously talked about, "of this subsection applies."  Okay.
01:45  4     So if you don't have the firearm, destructive device, and so
01:45  5     on, that doesn't apply.  If you don't have an arson factual
01:45  6     situation, that doesn't apply.  So you look to (3).
01:45  7          Now, according to (3), what does apply?  It
01:45  8     starts off by saying the defendant was convicted under a
01:45  9     statute proscribing false, fictitious, or fraudulent statements
01:45 10     or representations.  Okay.  Generally.  And then it gives
01:45 11     parenthetically examples of general fraud statutes.
01:46 12          Now, I want you to keep in mind that Mr. Hebert
01:46 13     was convicted of bank fraud, which is not listed in
01:46 14     paragraph (3).  What is listed in paragraph (3) are general
01:46 15     fraud offenses:  § 1341, which is frauds and swindles; § 1342,
01:46 16     which is fictitious names or addresses; § 1343, fraud by wire,
01:46 17     radio, or television.  All of these are general fraud statutes.
01:46 18
01:46 19          Now, that's important because when you look at
01:46 20     the language of paragraph (3), it lists those general fraud
01:46 21     statutes and then it says "and."  So you have to have (C), "and
01:46 22     (C) the conduct set forth in the count of conviction."
01:46 23          Now, the "count of conviction" is a term of art,
01:46 24     and it's very important to this analysis because you have a
01:47 25     count of conviction and then you have other language that may

1    be confused with the count of conviction like the "count of

2    indictment," for example.  What's important is the count of

3    conviction.  So you have "the conduct set forth in the count of

4    conviction," which is bank fraud, "establishes an offense

5    specifically covered by another guideline in Chapter Two."

6              When you look at the bank fraud statute and you

7    look for something to satisfy the language in paragraph (3),

8    "the conduct set forth in the count of conviction establishes,"

9    okay, what is in the count of conviction, bank fraud?  Well,

10   bank fraud is, by federal standards, a very short statute.

11   What it says is:

12              "Whoever knowingly executes or attempts to

13   execute a scheme or artifice:

14              "(1) to defraud a financial institution; or

15              "(2) to obtain any of the monies, funds,

16   credits, assets, securities, or other property owned by or

17   under the custody or control of a financial institution by

18   means of false or fraudulent pretenses, representations, or

19   promises;

20              "Shall be fined not more than $1 million or

21   imprisoned more than 30 years."

22              Now, here's the interesting part.  The

23   government, I think, grounds its position on the fact that in

24   the indictment they charge Mr. Hebert with proscribing false,

25   fictitious, or fraudulent statements, and that's their vehicle

1    to get from this cross-reference to the homicide guideline.

2           The thing is that language is attached to

3    general fraud statutes, not the bank fraud statute.  In the

4    bank fraud statute, the language of "by means of false or

5    fraudulent pretenses, representations, or promises," that is

6    connected to a financial institution, not what these other

7    general fraud statutes have, and that's the difference.

8           So Mr. Hebert did not make any false statements

9    according to paragraph (3) because it's not a general fraud

10   statute and I think -- you know, it says "for example" in the

11   language I'm sure you are very familiar with.  It doesn't list

12   bank fraud.  It could have, but it doesn't.  It leaves it out.

13   It excludes bank fraud.

14          And just because the government put in, in one

15   of the counts in the indictment, that he used false, fictitious

16   language, I don't think it gets them from the indictment to the

17   cross-reference because it's not a count of conviction, and

18   that's a really important distinction between just something

19   that's in the indictment to a count of conviction.  I would

20   like to, Your Honor, drive that point home.  I'm going to have

21   to read from some case law.

22          Your Honor, this is *United States v. Garcia*.  I

23   have copies for the Court and the government.  This is the

24   United States Court of Appeals for the Fifth Circuit, 2009,

25   *United States v. Gabriel Garcia*.

01:51  1          The language that the Court uses -- and please
01:51  2  forgive me for reading.  For example, in another case, the
01:51  3  Second Circuit held that the district court may cross-reference
01:51  4  another guideline provision "only if the conduct alleged in the
01:52  5  count of indictment of which the defendant is convicted
01:52  6  establishes the element of another offense."  Now, I know
01:52  7  that's a mouthful, but what it's saying is that there's a
01:52  8  difference between a count of conviction and a count of
01:52  9  indictment.
01:52  10          Now, it goes on to say the Eighth Circuit
01:52  11  explained that a plain reading of § 2B1.1.(c)(3), which is the
01:52  12  cross-reference we are talking about, establishes that a
01:52  13  district court may look only to the conduct set forth in the
01:52  14  count of conviction when determining whether the
01:52  15  cross-reference applies.
01:52  16          Now, when we look at the count of conviction,
01:52  17  it's bank fraud, and bank fraud is not a general fraud statute.
01:52  18  If it's not a general fraud statute, the language in
01:52  19  paragraph (3) I don't think applies to this case.  I don't
01:53  20  think you can apply the language in paragraph (3) because bank
01:53  21  fraud is not a general fraud statute.
01:53  22          So I would argue, Your Honor, that the
01:53  23  cross-reference should not be applied in this case.  I would
01:53  24  also like to point Your Honor's attention to the commentary
01:53  25  note 15.  The note refers to cases in which the defendant is

01:53  1  convicted of a general fraud statute.  That's in the commentary
01:53  2  of the guidelines.  So I would ask the Court to pay close
01:53  3  attention to the commentary and to the language in
01:53  4  paragraph (3) and grant the defendant's objection to the
01:53  5  cross-reference in this case.
01:53  6       THE COURT:  Thank you, Mr. Ehle.
01:53  7       MR. EHLE:  Thank you.
01:53  8       THE COURT:  Mr. Parker.
01:54  9       MR. PARKER:  Thank you, Your Honor.  The
01:54  10 United States would also incorporate its briefing on this
01:54  11 matter into the record, Your Honor.  The bottom line is
01:54  12 cross-references are in the sentencing guidelines in various
01:54  13 places to make sure that the actual conduct relates to the
01:54  14 sentence, not necessarily the statute charged.
01:54  15       Specifically, the Eleventh Circuit, in dealing
01:54  16 with this subsection, in *United States v. Ochoa* says most fraud
01:54  17 statutes cover a broad range of conduct with extreme variation
01:54  18 in severity, and this case would be one of those extremes.  The
01:54  19 specific offense characteristics and cross-references contained
01:54  20 in this guideline are designed with those considerations in
01:54  21 mind, to cover the conduct.
01:54  22       So the question in this case is what is the
01:54  23 conduct.  Well, in response to Mr. Ehle's last argument, the
01:55  24 conduct is what is alleged in paragraph (j) and other
01:55  25 paragraphs of the indictment that charges pursuant to

*Arturo Garcia* -- which is why that language was put in there
that Mr. Hebert, with specific intent, did kill or cause the
death of Albert Bloch, which is the definition of second degree
murder, and therefore this indictment does comply with
*Arturo Garcia.*

         The other thing, Your Honor, is whether this is
a general fraud statute.  If I could just ask the Court, if you
actually look at § 2B1.1(c)(3), the actual language -- you
don't even have to go past the plain language.  It is required
when it says "the defendant was convicted under a statute
proscribing false, fictitious, or fraudulent statements or
representations."  So you just look at the statute.

         Well, this is the exact quote from bank fraud.
It prohibits a scheme to defraud involving obtaining money or
funds involving false, fictitious, or fraudulent statements or
representations.  This is a verbatim quote from § 1344.  So,
therefore, this alone says any statute that is violated, which
the defendant was convicted, which is the five counts the
defendant pled guilty to, applies, so on the plain language.

         Not only that, the question of is this a general
fraud statute, obviously the most general fraud statute is the
one that's been in place the longest, mail fraud, since the
early 1900s.  But the legislative history which we cited in our
brief, Congress specifically said:  We intend to incorporate
all the law from the mail fraud statute.

1  Not only that, the Fifth Circuit, in
2  *United States v. Saks*, says all the law from the mail fraud
3  statute is incorporated into bank fraud and it should be
4  applied in a similar matter.  The only difference is just the
5  Court's jurisdiction, whether it's a bank or whether it's mail.
6  It's designed to fight all frauds and schemes.  This one just
7  happened to involve murder.
8  So based on that, Your Honor, clearly -- and the
9  Fifth Circuit case of *United States v. Surtain*, which
10  Mr. Sanders tried, that says -- it was a mail fraud statute,
11  but says this applies to murder, the cross-reference does, in
12  furtherance of a fraud.  That legal principle is in *Surtain* and
13  we would rely on that, Your Honor.  This cross-reference
14  definitely applies.
15  **THE COURT:**  I appreciate the arguments of counsel.
16  This Court has done substantial research in this area and finds
17  that the objection raised by the defendant is overruled.
18  The defendant contends that the cross-reference
19  contained in § 2B1.1(c)(3) is not applicable in this case and
20  refers to the text of the guideline and says that it does not
21  permit a cross-reference for a conviction pursuant to
22  18 U.S.C. § 1344, bank fraud.  This Court finds that the
23  jurisprudence supports a different conclusion.
24  USSG § 2B1.1(c)(3) provides that if the
25  defendant was convicted under a statute proscribing false,

fictitious, or fraudulent statements or representations
generally (for example, 18 U.S.C. § 1001, § 1341, § 1342, or
§ 1343); and the conduct set forth in the count of conviction
establishes an offense specifically covered by another
guideline in Chapter Two, apply the other guideline.

Accordingly, to apply the cross-reference, the
defendant must be convicted under a statute proscribing false,
fictitious, or fraudulent statements generally.  Mr. Hebert was
convicted of violating 18 U.S.C. § 1344, bank fraud.  Defendant
argues that bank fraud is not a statute that proscribes
fraudulent statements generally.  This Court disagrees.

18 U.S.C. § 1344 provides "whoever knowingly
executes or attempts to execute a scheme or artifice (1) to
defraud a financial institution; or (2) to obtain any of the
monies, funds, credits, assets, securities, or other property
owned by or under the custody or control of a financial
institution by means of false or fraudulent pretenses,
representations, or promises."

The guidelines cite to 18 U.S.C. § 1341, § 1342,
and § 1343 as examples of statutes that proscribe fraudulent
statements generally.  This Court notes that the language of
the exemplar statutes prohibit substantially similar conduct.
All proscribe false, fictitious, or fraudulent statements.

In *United States v. Saks*, the Fifth Circuit has
explained that it is well settled that Congress modeled § 1344

1  on the mail and wire fraud statutes, § 1341 and § 1343, and

2  that the usual practice is to look to precedents under those

3  statutes to determine its scope and proper interpretation.

4  Additionally, the Fifth Circuit has found that

5  when Congress enacted § 1344, it anticipated that the provision

6  would be given this same broad construction that mail and wire

7  fraud statutes have been given to that point.

8  In light of the similarity of the text of the

9  statutes and the Fifth Circuit's instruction to apply § 1344 in

10  the same manner as § 1341 and § 1343, the Court holds that USSG

11  § 2B1.1(c)(3) applies to convictions for bank fraud.

12  In order to apply the cross-reference, the

13  conduct set forth in the indictment must establish an offense

14  covered by another guideline.  The Fifth Circuit has explicitly

15  held that a Court may not apply the cross-reference in

16  § 2B1.1(c)(3) unless the application is supported by the

17  conduct alleged in the indictment, citing *U.S. v. Garcia*.

18  In this case the government contends and the

19  Court has found that defendant's conduct supports the

20  application of the guideline for second degree murder found in

21  USSG § 2A1.2.  However, as the Fifth Circuit has held, the

22  allegations of the indictment must also support the application

23  of the cross-reference guideline.

24  Counts 2 through 49 of the indictment, the bank

25  fraud section, specifically allege that the defendant, with

specific intent, did kill or participate in conduct that caused the death of Albert Bloch.  In order for the Court to apply a cross-reference to 2A1.2, the second degree murder, the indictment must allege that the defendant unlawfully killed Albert Bloch with malice aforethought.

To kill "with malice aforethought" means either to kill another person deliberately and intentionally or to act with callous and wanton disregard for human life.

The indictment specifically alleges that defendant killed Albert Bloch intentionally.  Therefore, it satisfactorily alleges that defendant's conduct satisfies the elements of second degree murder, and the Court will apply the cross-reference.

The second objection filed on August 14, defendant contends that he had no knowledge that Mr. Bloch was a vulnerable victim, that Mr. Bloch was not a vulnerable victim, and that the two-level enhancement was not appropriate. This objection is overruled.

USSG § 3A1.1(b)(1) provides that if a defendant knew or should have known that a victim of an offense was a vulnerable victim, increase by two levels.  Application note 2 provides that "vulnerable victim" means a person who is otherwise particularly susceptible to criminal conduct when the defendant knew or should have known of the victim's vulnerability.

In overruling this objection, the Court need not look beyond defendant's signed factual basis.  On August 2, 2007, defendant, a Jefferson Parish police officer, responded to the scene of an accident where he found the victim, Albert Bloch, unconscious, barely breathing, and in grave condition. He was given the victim's wallet by emergency personnel, and on that same day defendant admitted that he used the victim's debit card to purchase two GPS units.

Third, the defendant contends that a two-level enhancement for obstruction of justice is not appropriate. This objection is overruled.  USSG § 3C1.1 provides that:

"If (1) the defendant willfully obstructed or impeded or attempted to obstruct or impede the administration of justice with respect to the investigation, prosecution, or sentencing of the instant offense of conviction, and (2) the obstructive content related to (A) the defendant's offense of conviction and any relevant conduct; or (B) a closely related offense, increase the offense level by 2 levels."

There is a plethora of evidence in the record supporting this enhancement.  In previous objections, the Court noted instances of obstruction that have been proven by the facts, including: concealing the victim's car; taking steps to inhibit its identification; ordering his wife to dispose of driver's licenses; hiding auto parts under the leaves in his father's yard after detectives arrived; and hiding the stove

purchased with Mr. Bloch's funds in order to prevent detection.

Do the parties have any additional objections or wish to make any corrections or alterations to the presentence report at this time?

**MR. PARKER:**  The United States has no objections, Your Honor.

**MR. EHLE:**  Mr. Hebert doesn't have any further objections.

**THE COURT:**  Thank you.  The Court having overruled the objections filed by the defendant and there being no further objections as to the probation officer's recommended findings of fact, the Court adopts the recommended findings of fact contained in the presentence report subject to the revisions noted for the record at Objections 20 through 23. After consulting the guidelines, I find the applicable guideline range is as follows:

Total Offense Level:  44

Criminal History Category:  II

Indicating:

(1)  153 years of imprisonment.  That is based upon an offense level of 44 and a criminal history category of II.  The guideline range is life imprisonment.  However, USSG § 5G1.1(a) provides that where the guideline range exceeds the statutory maximum sentence, the guideline range is the statutory maximum, in this case 153 years.

1    (2)  Two to five years supervised release;

2    (3)  $25,000 to $5 million fine, plus costs of

3  imprisonment and supervision; and

4    (4)  $600 special assessment.

5    At this time I'm going to consider any

6  mitigation evidence.  Would Mr. Hebert like to come forward?

7    **MR. EHLE:**  Mr. Hebert is prepared to read a statement

8  to the Court, Your Honor.  Would you --

9    **THE COURT:**  If we could have him come to the podium,

10  please.

11    **THE DEFENDANT:**  This is the single most important

12  statement of my life, and the sentence I receive today will

13  forever affect my future and the future of my son and daughter.

14    Every day I pray to God and repent for my

15  sins -- Blessed be God the Father, Christ Jesus my Lord

16  Savior -- that God uses the process of life to bring me to the

17  end of myself and save my soul.

18    For 49 years I worked hard to stay in accordance

19  with the law of this country.  I served as a public servant in

20  law enforcement for 19 years, receiving numerous awards and

21  commendations for my service.  During my years of service,

22  however, or even as a citizen, I have never used excessive

23  force or deadly force upon another human being.

24    I stand before this Court today to be sentenced

25  for illegal acts of fraud that occurred in a short time frame

in the latter part of 2007, acts that I took full
responsibility for by pleading guilty.

        Since 2007, every day I have contemplated in my
mind what drove me to commit these acts of fraud, jeopardizing
everything in my life.  My fall was not sudden.  It was subtle,
slow, and quiet, but certain.  It was erosion at its best.
When one falls hard, it never just happens.  For instance, a
person who is addicted to crack cocaine probably did not begin
with crack, and a person who is a pedophile may have started
with pornography.  Sin never stops where it begins.  There was
a progression that led me out of bounds.

        I believe my breaking point started with the
aftermath of Hurricanes Katrina and Rita in August 2005.  My
life was like what seemed to be a whirlwind, witnessing
firsthand in Jefferson Parish and the New Orleans area
unsurreal measures involving loss of human life, property, and
uncontrollable chaos in society.  It was a very transforming
time period for me resulting from my experience as a personal
witness of appalling acts of humanity.  It severely affected
the morality of my law enforcement career and affected my
judgment.  I lost respect for my profession, which I admired
before these devastating hurricanes.  From that point on, my
career and personal life slowly deteriorated through 2007.

        In mid 2007 I was living a life out of bounds.
It began to eat at everything within me that defined who I was,

giving me an attraction, a fascination with everything that is outside my character.  At that point my life was in total dissolution, with overwhelming pressures of my career, my marriage coming to an end, and major financial issues facing bankruptcy.  Overwhelmed with all these insurmountable pressures, I alluded illogically into racing cars and it became my addiction, which led me to the greed of funds to support my obsession, which led me to commit a crime.

During the short time span of a few months in 2007, I resorted to what I stood against as a citizen and a law enforcement officer and regrettably committed a crime upon good people, for which I pray to reconcile every day of my life.  I, however, make no excuses for my unlawful actions during the very low point in my life.

In early 2007 I became an acquaintance of Mr. Albert Bloch.  We maintained a friendly rapport with each other.  As our friendship grew, we both offered help to each other, as we could for one another.  Along the way, my career and personal life at that time was severely stressed ethically.  Regretfully, I misused Mr. Albert's generosity and trust fraudulently, which I stand before this Court today to clearly demonstrate, recognize, and accept my personal responsibility for my illegal conduct of fraud with the plea to the Court in good faith.

I pray to God every day for repentance of my

1  sins and that Mr. Albert Bloch will indeed forgive me.  Also,
2  no one more than me prays to see Mr. Albert Bloch in this
3  courtroom today to truly explain and halt all the incorrect
4  government theories revolving around his whereabouts that I had
5  no control over or involvement with at all.

6      Your Honor, I was arrested by state authorities
7  for my crimes in December 2007.  Since this time my life has
8  been drastically changed.  My health has progressed much
9  better.  I take no more medications for blood pressure, stress,
10  cholesterol, and lost over 125 pounds.  God's Holy Spirit has
11  opened a new life for me.

12      I served 32 months incarcerated in state
13  correctional facilities from December 2007 'til August 2010, of
14  which I consummated without any disciplinary actions.  After my
15  release from the Department of Corrections, I resided in the
16  state of Louisiana and served 28 months, from August 2010 'til
17  December 2012, of supervised release parole.  Again, I
18  consummated this without any disciplinary actions and completed
19  all conditions of parole.

20      I had paid my debt to society for poor decisions
21  in 2007.  I was and still am reformed and ready to restart my
22  life.  I resided for 33 months freely in society after my
23  release from prison as a reformed and law-abiding citizen and
24  maintained a steady working career as a heavy equipment
25  mechanic.  I never posed any danger or risk to the community or

certainly any specific individuals.  Even after I was advised by my counsel of a federal investigation and indictment for fraudulent acts that had previously occurred in 2007, I posed no risk of danger to anyone or flight risk.  All I wanted was to start my life again with a positive perspective and reconnect with my family after having successfully served my state sentence.

Your Honor, shortly after my release from the Department of Corrections, I supported and housed my son Dalton Hebert and my friend Lisa Field, who lived with me at all my places of residence until my arrest in April 2013.  Regardless of my actions in 2007, I have never stopped supporting and caring for my children and always offered to help my friends and family.

I pray to God every day that the victims I stole from will ponder in their heart and soul to forgive me as I pray for them every day.  I hope that by pleading guilty I can give closure to those victims.  I am not a career criminal.  I pray to God that Your Honor allows me to return home to my family one day.

In closing, I stand before this Court today prepared and willing to serve my sentence for the crimes I committed seven years ago.  I pray, however, that I will not be required to serve a sentence for crimes I did not commit.  Thank you, Your Honor.

02:16  1        **MR. EHLE:**  Thank you, Your Honor.

02:16  2        **THE COURT:**  I have also received correspondence that

02:16  3  was delivered to me this morning from Mr. Hebert's mother as

02:16  4  well as his son.  I'm going to ask that it be filed in the

02:16  5  record.

02:16  6        Mr. Ehle, is there anything else you would like

02:16  7  the offer at this time?

02:16  8        **MR. EHLE:**  No, Your Honor.

02:16  9        **THE COURT:**  Mr. Patel, is there any evidence you

02:16  10 would like to --

02:16  11       **MR. PARKER:**  We would like to put on a victim impact

02:17  12 witness.

02:17  13       **THE COURT:**  That's what I'm telling you right now.

02:17  14       **MR. PARKER:**  We call Mr. Vernon Bloch.

02:17  15       Mr. Bloch, have you prepared a statement for the

02:17  16 Court?

02:17  17       **MR. VERNON BLOCH:**  Not a written statement, I have

02:17  18 not.

02:17  19       **MR. PARKER:**  Would you like to make some comments to

02:17  20 the Court?

02:17  21       **MR. VERNON BLOCH:**  Yes, sir.

02:17  22       **MR. PARKER:**  Please feel free to do so.

02:17  23       **MR. VERNON BLOCH:**  Judge, I guess I have to feel that

02:17  24 I'm in alignment with the verdict that you proscribed back in

02:17  25 July.  I have a couple of comments sort of about how this

affected our family, if you would.

I look at this as probably two institutions of our government that came into play in this case as I sat through the evidentiary hearing back in July, one being law enforcement and the other one being military service.

We have a wonderful country here. We all know that. I spent 32 years in the military, in the Navy, wandered around the whole world after getting out. My wife and I have traveled a lot. I read a lot. I'm kind of a history buff. When I look at what the rest of the world has to offer, we have a marvelous country here. There are two institutions that help us keep it that way, one being our law enforcement -- we have a tremendous law enforcement system -- and the other one being our military.

In the law enforcement system, it's a two-way system. Our law enforcement system needs the support and confidence of the public just as the public needs the defense, if you would, or the safety and security that the law enforcement system provides us.

One sad thing is law enforcement, like everything else in life, is made up of people. Wherever you go, people are people. There are good ones. There are bad ones. Unfortunately, in law enforcement the bad ones, as they are sometimes called bad cops, have a really bad effect on how much confidence the people have in our law enforcement system.

1    Law enforcement, you know, if we see people in
2  uniform, we feel very secure.  I know that three times in my
3  military career we lived just outside of Jacksonville at the
4  beach, where we owned a house.  The chief of police lived right
5  next door to us.  He parked his car in his driveway every day,
6  every night.  I could go away at sea for long times knowing
7  that my wife was safe because I had law enforcement presence
8  right there next to our house.  When you have these so-called
9  bad cops, of course, you undermine that confidence in law
10  enforcement, and everything I have seen here is that Mr. Hebert
11  has very much done that.

12    Now, the other thing is the military aspect.  My
13  brother was drafted into the Army right after high school, went
14  to fight in an unpopular war.  He never fought it.  He was not
15  a dodge drafter, no demonstrations, any of that sort of stuff.
16  He put a uniform on and he went over there and faithfully
17  served his country as he was asked to do.  He came back here
18  and, sadly enough, later in life he was betrayed by the law
19  enforcement system in our country when this bad cop did the
20  things that have been proscribed here in this courtroom.

21    Now, the thing that did to our family is, you
22  know, every family affected by crime has a lot of sorrow and
23  they feel a lot of emotional turmoil.  The fact that this crime
24  against our family was committed by a member of law enforcement
25  was just absolutely devastating to us.  That makes it so much

1  worse than just somebody who is a victim to a crime.  To us, we

2  are saddened by the fact that he will not reveal what he did

3  with the body so that we, as a family, can reach our final

4  settlement, if you would.  Thank you.

5          THE COURT:  Mr. Parker, any other impact that you

6  would like to present?

7          MR. PARKER:  Mr. Patel -- no other impact statements,

8  Your Honor.

9          THE COURT:  Mr. Patel, would you like to make

10  argument?  And then I'm going to ask Mr. Ehle.

11          MR. PATEL:  Thank you, Your Honor.  In determining an

12  appropriate sentence under 18 U.S.C. § 3553(a), the Court must

13  impose a sentence that's sufficient but not greater than

14  necessary to comply with the § 3553(a)(2) factors.  After

15  evaluating those factors in the context of the nature and

16  circumstances of the offense as well as the characteristics of

17  the defendant, the government submits that an appropriate

18  sentence is the statutory maximum term of imprisonment.  The

19  government notes that to hold otherwise would require a

20  downward variance from the guidelines that Your Honor just

21  adopted.  In terms of § 3553(a)(2)(A), such a sentence is

22  needed to reflect the seriousness of the offense, promote

23  respect for the law, and provide just punishment.

24          Specifically, I can't say it much better than

25  Mr. Vernon Bloch has stated.  The defendant used his position

1   as a police officer to take advantage of those he took an oath

2   to protect.  He first targeted the victim, Mr. Bloch, when the

3   victim was unconscious at the scene of a traffic accident.

4   Then the defendant, using his authority as a police officer,

5   stole Mr. Bloch's debit card and immediately started making

6   fraudulent purchases.

7            Worse, even after Mr. Bloch reported the fraud,

8   the defendant continued to commit fraudulent acts against him

9   for months.  During the continuing scheme, the defendant

10  continued to use his position as a law enforcement officer to

11  facilitate his fraud.

12           For example, as Your Honor heard at the

13  evidentiary hearing, there are times that the defendant made

14  fraudulent purchases in his police uniform to help give

15  confidence to the merchants that the transactions were actually

16  lawful.  In addition, the defendant used the criminal NCIC

17  database to gain personal information about Mr. Bloch during

18  the fraudulent scheme.

19           Even though Mr. Bloch reported the fraud, the

20  defendant saw him as the perfect victim, an elder with an

21  alcohol problem who was cut off from his family.  The majority

22  of his friends were from socializing at local bars.  The

23  defendant wasn't satisfied until he drained out Mr. Bloch's

24  entire account.

25           Your Honor, all that is egregious enough, but I

have not even gotten to the most egregious part of this case, and that's obviously the fact that the defendant killed Mr. Bloch in furtherance of this scheme.

Moreover, the defendant concealed the body to the point where even today, as I stand here and talk in front of you, we do not know where it is.  And as Mr. Vernon Bloch just mentioned, absolute closure is still not possible for Mr. Bloch's family.

And again, in looking at the killing and the concealing of Mr. Bloch, it's important to remember that the defendant had the unique ability to conceal the crime given the authority and access presented to him by the government in his role as a police officer.  Put simply, this is as egregious a crime as there is, and a maximum sentence is necessary to reflect the seriousness of the crime and to promote just punishment.

In addition, looking at some of the other (a)(2) factors, such a sentence will deter future crimes of this nature, especially in cases where a defendant attempts to cover up a crime by killing and concealing the victim of a crime so that victim has difficulty reporting it.  In addition, it will also obviously protect the public from future crimes by the defendant.

The government notes that a sentence at the maximum range does not cause sentencing disparities because as

1   laid out in the government's brief, which the government would

2   like to incorporate, there are other similar instances where an

3   uncharged murder was considered for § 3553(a) factors, which

4   led to an increased sentence.

5           Finally, the government requests a restitution

6   order, as laid out also in its sentencing brief, of $13,215.22,

7   $6,488.07 to Mr. Bloch's estate and $6,722.15 to JPMorgan

8   Chase.  Thank you.

9           THE COURT:  Mr. Ehle.

10          MR. EHLE:  Your Honor, respectfully, and

11   notwithstanding the Court's previous rulings on Mr. Hebert's

12   responsibility as in regard to Mr. Bloch's death and

13   disappearance, respectfully and with that in mind, we believe,

14   Your Honor, that Mr. Hebert should be sentenced according to

15   the first presentence report, where the cross-reference was not

16   applied and Mr. Hebert was a Category II, but the sentencing

17   range -- I can't remember exactly what that was, but I have

18   submitted that and I'll adopt that now.  We will submit that

19   the sentence should fall within that range, about 60 months.

20   Thank you.

21          THE COURT:  The Court is going to take a five-minute

22   recess.

23          THE DEPUTY CLERK:  All rise.

24          (Recess.)

25          THE DEPUTY CLERK:  Court is back in session.  You may

1    be seated.

2         THE COURT:  Mr. Hebert, please rise.

3              Pursuant to the Sentencing Reform Act of 1984

4    and considering the provisions found in 18 U.S.C. § 3553, it is

5    the judgment of the Court that the defendant, Mark Hebert, is

6    hereby committed to the custody of the United States Bureau of

7    Prisons to be imprisoned for a term of 92 years or 1,104

8    months.  This term consists of 12 months imprisonment as to

9    Count 1, to run concurrently with all other counts; terms of

10   360 months as to each of Counts 2, 39, and 41, all terms to run

11   consecutively; and terms of 360 months as to each of Counts 42

12   and 44, to run concurrently with each other.  This sentence

13   also consists of a term of 24 months as to Count 54, to run

14   consecutively to the terms imposed as to each of Counts 1, 2,

15   39, 41, 42, and 44.

16             At this time the Court does note that the

17   application of the cross-reference in the context of a

18   conviction for bank fraud is a matter of first impression in

19   the Fifth Circuit.  My ruling has been made.  Nonetheless, I

20   advise all parties that in the event it is found that the

21   cross-reference does not apply, I would have applied a

22   substantial upward variance and this sentence would have been

23   exactly the same.

24             I have no doubt that Mr. Hebert killed Mr. Bloch

25   and disposed of his body for his personal financial gain.

02:35  1  Mr. Hebert, you used your position of trust and authority to
02:35  2  satisfy your insatiable desire for money and property of other
02:35  3  people.  For reasons that I will never understand, that was not
02:36  4  enough.  You wanted everything that belonged to Albert Bloch,
02:36  5  even his life.  Mr. Hebert, like many parents, I have taught my
02:36  6  children from the time they were babies that they could rely on
02:36  7  and trust police officers.  Your violation of that sacred trust
02:36  8  is unconscionable.  This heinous crime is beyond comprehension.
02:36  9          Accordingly, while it appears to be a downward
02:36  10  variance from the guideline with indeed the cross-reference, it
02:36  11  would be a considerable upward variance if the cross-reference
02:36  12  is not applied.  So considering the factors in 18 U.S.C. § 3553
02:36  13  that require the Court to impose a sentence that is sufficient
02:36  14  but not greater than necessary to comply with its purposes and
02:36  15  that the Court consider the nature and circumstances of the
02:37  16  offense and the history and characteristics of the defendant,
02:37  17  this sentence would reflect the seriousness of the offense,
02:37  18  would promote respect for the law, and would provide just
02:37  19  punishment for the offense.  It would also protect the public
02:37  20  from further crimes of the defendant and deter further criminal
02:37  21  conduct.
02:37  22          It is the finding of this Court that the
02:37  23  defendant is not able to pay a fine.  Accordingly, no fine
02:37  24  shall be imposed.  However, restitution is mandatory.
02:37  25          In accordance with 18 U.S.C. § 3663(a),

restitution in the total amount of $13,215.22 shall be paid to the following victims in the following amounts: JPMorgan Chase Bank, $6,727.15; the estate of Albert Bloch in the amount of $6,488.07.  Any payment paid by the defendant shall be divided among the victims in proportion to their compensable injuries. The Court finds that the defendant does not have the ability to pay interest on the restitution and will waive the interest requirement in this case.  The restitution is payable immediately.  Payment shall be forwarded to the Clerk, United States District Court, 500 Poydras Street, New Orleans. The U.S. Probation Office and U.S. Attorney's Office are responsible for enforcement of this order.

In the event of release from imprisonment, the defendant shall be placed on supervised release for a term of three years.  This term consists of a term of one year as to each of Counts 1 and 54 and terms of three years as to Counts 2, 39, 41, 42, and 44, all such terms to run concurrently.  Within 72 hours of release from the custody of the United States Bureau of Prisons, the defendant shall report in person to the probation office in the district to which he is released.

While on supervised release the defendant shall not commit any federal, state, or local crimes and he shall be prohibited from possessing a firearm, ammunition, destructive device, or any other dangerous weapon.  The defendant shall not

possess a controlled substance, shall cooperate in the
collection of DNA, and he shall comply with all standard
conditions of probation, including: the financial disclosure
condition; the financial restriction condition; shall pay
restitution; shall maintain full-time employment; the defendant
shall submit his person, residence, office, or vehicle to a
search conducted by a U.S. probation officer at a reasonable
time and a reasonable manner.

It is further ordered that the defendant
immediately pay to the United States a special assessment of
$625.  The defendant is remanded to the custody of the
United States Marshals Service.

Mr. Hebert, pursuant to your plea agreement, you
waived your right to appeal or contest your guilty plea,
conviction, fine, and any restitution imposed by any judge
under any applicable restitution statute, including but not
limited to any and all rights which arise under
18 U.S.C. § 3742 and 28 U.S.C. § 1291; you waived your right to
appeal any order, decision, or judgment arising out of or
related to 18 U.S.C. § 3582(c)(2) imposed by any judge; and
further waived your right to challenge your sentence
collaterally, including but not limited to any and all rights
which arise under 28 U.S.C. § 2255, § 2241, and any other
collateral challenge to a sentence of any kind.

You did not, however, waive your right to bring

a direct appeal of any sentence imposed.  You have also preserved your right to bring a postconviction challenge if you can establish ineffective assistance of counsel directly affected the validity of this waiver of appeal or the validity of the guilty plea itself.

Under Rule 4 of the Federal Rules of Appellate Procedure, you have 14 days after entry of either the judgment or order being appealed or the filing of the government's notice of appeal.  I will also advise you that if you are unable to pay your appellate costs, you have the right to ask to proceed on appeal without payment of costs.

Is there anything further?

**MR. PARKER:**  Your Honor, the United States would move to dismiss all the counts outside the plea agreement to which the defendant has not pled guilty.

**THE COURT:**  So ordered.

**MR. EHLE:**  Your Honor, respectfully note our objection to the sentence.  Mr. Hebert would also like me to orally move for appeal on the record.

**THE COURT:**  So ordered.

**MR. EHLE:**  Thank you.

**THE COURT:**  Anything further?

**MR. PARKER:**  No, Your Honor.

**THE COURT:**  Court is adjourned.

**THE DEPUTY CLERK:**  All rise.

02:41   1               (Proceedings adjourned.)

02:41   2                         * * *

      3                   <u>**CERTIFICATE**</u>

      4          I, Toni Doyle Tusa, CCR, FCRR, Official Court

      5   Reporter for the United States District Court, Eastern District

      6   of Louisiana, certify that the foregoing is a true and correct

      7   transcript, to the best of my ability and understanding, from

      8   the record of proceedings in the above-entitled matter.

      9

     10

     11                              <u>*s/ Toni Doyle Tusa*</u>
                                     Toni Doyle Tusa, CCR, FCRR
     12                              Official Court Reporter

     13

     14

     15

     16

     17

     18

     19

     20

     21

     22

     23

     24

     25

MR. EHLE: [11]  3/13 3/20 9/21 15/6
22/6 23/6 27/25 28/7 34/19 39/16 39/20
MR. PARKER: [11]  3/7 3/18 15/8 22/4
28/10 28/13 28/18 28/21 31/6 39/12
39/22
MR. PATEL: [2]  3/9 31/10
MR. SANDERS: [1]  3/11
MR. VERNON BLOCH: [3]  28/16
28/20 28/22
Omit elements: Timecodes [1]  40/1
Page break [2]  1/22 2/9
Resume elements: Timecodes [1]  2/9
THE COURT: [22]  3/2 3/15 3/21 4/3
4/6 15/5 15/7 17/14 22/8 23/8 28/1
28/8 28/12 31/4 31/8 34/8 34/20 35/1
39/15 39/19 39/21 39/23
THE DEFENDANT: [3]  4/2 4/5 23/10
THE DEPUTY CLERK: [4]  3/3 34/22
34/24 39/24

**$**

$1 [1]  12/20
$13,215.22 [2]  34/6 37/1
$25,000 [1]  23/2
$5 [1]  23/2
$5 million [1]  23/2
$6,488.07 [2]  34/7 37/4
$6,722.15 [1]  34/7
$6,727.15 [1]  37/3
$600 [1]  23/4
$625 [1]  38/11
$821 [1]  8/17

**'**

'til [2]  26/13 26/16

**1**

1,104 [1]  35/7
10 [3]  1/6 3/2 6/16
1001 [1]  18/2
11 [1]  6/22
1108 [1]  2/3
12 [2]  7/1 35/8
125 pounds [1]  26/10
1291 [1]  38/18
13 [1]  7/11
13-CR-57 [1]  1/4
1341 [5]  11/15 18/2 18/19 19/1 19/10
1342 [3]  11/15 18/2 18/19
1343 [5]  11/16 18/3 18/20 19/1 19/9
1344 [8]  9/18 16/16 17/22 18/9 18/12
18/25 19/5 19/9
14 [4]  7/18 9/12 20/14 39/7
144 [1]  8/21
15 [3]  7/21 7/21 14/25
153 [2]  22/20 22/25
16 [1]  7/21
1600 [1]  1/15
167 [1]  1/18
17 [1]  7/21
18 [4]  8/6 31/12 35/4 36/12
18 U.S.C [9]  9/18 17/22 18/2 18/9
18/12 18/19 36/25 38/18 38/20
19 [2]  7/21 23/20
1900s [1]  16/23
1984 [1]  35/3

**2**

20 [2]  8/16 22/14
20004 [1]  1/22
2005 [1]  24/13

2007 [12]  21/3 24/1 24/3 24/23 24/24
25/10 25/15 26/7 26/18 26/21 27/1
27/12
2009 [1]  13/24
2010 [2]  26/13 26/16
2012 [1]  26/17
2013 [1]  27/11
2014 [4]  1/6 3/2 4/12 9/12
21 [2]  4/11 8/21
22 [1]  9/1
2241 [1]  38/23
2255 [1]  38/23
23 [5]  4/10 4/15 4/17 9/8 22/14
24 [2]  4/11 35/13
26 [1]  4/16
26 [2]  26/16 38/23
28 U.S.C [1]  38/18
29 [1]  4/12
2A1.2 [2]  19/21 20/3
2B1.1 [8]  9/24 10/4 14/11 16/8 17/19
17/24 19/11 19/16

**3**

30 [1]  12/21
32 [3]  3/23 26/12 29/7
33 [1]  26/22
3553 [6]  31/12 31/14 31/21 34/3 35/4
36/12
3582 [1]  38/20
360 [2]  35/10 35/11
3663 [1]  36/25
3742 [1]  38/18
38103 [1]  1/19
39 [3]  35/10 35/15 37/17
3A1.1 [1]  20/19
3C1.1 [1]  21/11

**4**

406 [1]  2/5
41 [3]  35/10 35/15 37/17
42 [3]  35/11 35/15 37/17
44 [5]  22/17 22/21 35/12 35/15 37/17
49 [2]  19/24 23/18

**5**

500 [2]  2/5 37/10
504 [1]  2/6
54 [2]  35/13 37/16
57 [2]  1/4 3/5
589-7778 [1]  2/6
5G1.1 [1]  22/23

**6**

60 [1]  34/19
601 [1]  1/21
650 [1]  1/15

**7**

70 [1]  7/22
70053 [1]  2/3
70130 [2]  1/16 2/6
72 [1]  37/18
75 [1]  7/22
7778 [1]  2/6

**8**

800 [1]  1/18

**9**

92 [1]  35/7
93 [1]  9/2

**A**

abiding [1]  20/23
ability [3]  33/11 37/6 40/7
able [1]  36/23
about [5]  11/3 14/12 28/25 32/17 34/19
above [1]  40/8
above-entitled [1]  40/8
absolute [1]  33/7
absolutely [2]  6/8 30/25
accept [1]  25/22
access [1]  33/12
accident [2]  5/11 5/13 21/4 32/3
accordance [2]  23/18 36/25
according [3]  11/7 13/9 34/14
Accordingly [3]  18/6 36/9 36/23
account [1]  32/24
acquaintance [1]  25/15
act [2]  20/7 35/3
Action [1]  3/5
Action 13-57 [1]  3/5
actions [4]  25/13 26/14 26/18 27/12
activity [1]  10/18
acts [6]  23/25 24/1 24/4 24/19 27/3
32/8
actual [2]  15/13 16/8
actually [2]  16/8 32/15
addicted [1]  24/8
addiction [1]  25/7
addition [3]  32/16 33/17 33/21
additional [1]  22/2
Additionally [1]  19/4
address [2]  4/16 8/24
addresses [2]  10/5 11/16
addressing [1]  6/3
adjourned [2]  39/24 40/1
adjustment [1]  7/23
administration [1]  21/13
admired [1]  24/21
admitted [1]  21/7
adopt [1]  34/18
adopted [1]  31/21
adopts [1]  22/12
advantage [1]  32/1
advise [2]  35/20 39/9
advised [1]  27/1
affect [1]  23/13
affected [5]  24/19 24/20 29/1 30/22
39/4
aforethought [2]  20/5 20/6
after [14]  4/14 8/10 21/25 22/15 26/14
26/22 27/1 27/6 27/8 29/8 30/13 31/14
32/7 39/7
aftermath [1]  24/13
afternoon [1]  3/3
again [8]  6/22 7/11 7/18 8/24 10/13
26/17 27/5 33/9
against [5]  8/17 9/23 25/10 30/24 32/8
ago [1]  27/23
agreement [2]  38/13 39/14
aided [1]  2/9
Albert [12]  5/17 8/3 16/3 20/2 20/5
20/10 21/4 25/16 26/1 26/2 36/4 37/3
Albert's [1]  25/20
alcohol [2]  8/24 32/21
alignment [1]  28/24
all [24]  4/16 11/7 16/25 17/2 17/6
18/23 25/5 26/3 26/5 26/19 27/10
29/6 32/25 34/23 35/9 35/10 35/20
37/17 38/2 38/17 38/22 39/14 39/25

## A

allegations [4] 19/22
allege [2] 19/25 20/4
alleged [3] 14/4 15/24 19/17
alleges [2] 20/9 20/11
allowed [1] 3/24
allows [1] 27/19
alluded [1] 25/6
alone [3] 6/8 9/9 16/17
Along [1] 25/18
also [15] 7/3 7/12 9/16 14/24 15/10
19/22 26/1 28/2 33/22 34/6 35/13
36/19 39/1 39/9 39/18
alterations [1] 22/3
always [1] 27/13
am [4] 8/9 9/24 26/21 27/18
AMERICA [3] 1/4 1/15 3/6
ammunition [1] 37/24
among [1] 37/5
amount [4] 5/19 5/21 37/1 37/3
amounts [1] 37/2
analysis [1] 11/24
another [9] 12/5 14/2 14/4 14/6 18/4
19/14 20/7 23/23 25/18
anticipated [1] 19/5
any [31] 3/17 5/8 12/15 13/8 16/17
18/14 21/17 22/2 22/7 23/5 26/14
26/18 26/25 27/1 28/9 30/15 31/5 37/4
37/23 37/25 38/15 38/15 38/16 38/17
38/19 38/20 38/22 38/23 38/24 39/1
anyone [2] 8/8 27/4
anything [4] 10/9 28/6 39/12 39/22
appalling [1] 24/19
appeal [7] 38/14 38/19 39/1 39/4 39/9
39/11 39/19
appealed [1] 39/8
Appeals [1] 13/24
appearance [1] 3/7
Appearances [2] 1/13 2/1
appears [3] 9/5 9/7 36/9
appellate [2] 39/6 39/10
applicable [3] 17/19 22/15 38/16
application [6] 9/24 19/16 19/20 19/22
20/21 35/17
applied [7] 10/18 10/24 14/23 17/4
34/16 35/21 36/12
applies [7] 11/3 14/15 14/19 16/19
17/11 17/14 19/11
apply [12] 11/5 11/6 11/7 14/20 18/5
18/6 19/9 19/12 19/15 20/2 20/12
35/21
appreciate [1] 17/15
appropriate [4] 20/17 21/10 31/12
31/17
April [1] 27/11
April 2013 [1] 27/11
are [19] 6/4 6/8 7/24 11/14 11/17 13/11
14/12 15/4 15/20 29/11 29/22 29/22
29/22 29/24 31/2 32/13 34/2 37/11
39/9
area [2] 17/16 24/15
argue [1] 14/22
argues [4] 5/5 7/3 10/17 18/10
argument [5] 8/10 9/21 9/23 15/23
31/10
arguments [1] 17/15
arise [2] 38/17 38/23
arising [1] 38/19
Army [1] 30/13

around [2] 26/4 29/8
arrest [1] 27/11
arrested [1] 26/6
arrived [1] 21/25
arson [2] 10/13 11/5
art [1] 11/23
articulated [1] 7/20
artifice [2] 12/13 18/13
Arturo [2] 16/1 16/5
Arturo Garcia [2] 16/1 16/5
as [48]
ask [5] 15/2 16/7 28/4 31/10 39/10
asked [1] 21/25
aspect [1] 30/12
asserted [1] 4/15
assertion [1] 6/12
asserts [4] 6/1 6/22 7/1 9/14
assessment [2] 23/4 38/10
assets [2] 12/16 18/15
assistance [1] 39/3
assume [1] 10/1
at [45]
attached [1] 13/2
attempted [1] 21/13
attempting [1] 5/25
attempts [3] 12/12 18/13 33/19
attention [2] 14/24 15/3
Attorney's [3] 1/14 1/17 37/11
attraction [1] 25/1
August [6] 9/12 20/14 21/2 24/13 26/13
26/16
August 14 [2] 9/12 20/14
August 2 [1] 21/2
August 2005 [1] 24/13
August 2010 [2] 26/13 26/16
authorities [1] 26/6
authority [3] 32/4 33/12 36/1
auto [2] 8/2 21/24
automatically [1] 10/2
automobile [2] 5/4 5/8
awards [1] 23/20
aware [1] 9/24
away [1] 30/6

## B

B-406 [1] 2/5
babies [1] 36/6
back [4] 28/24 29/4 30/17 34/25
bad [6] 29/22 29/23 29/24 29/24 30/9
30/19
bag [1] 4/19
bank [23] 10/24 11/13 12/4 12/6 12/9
12/10 13/3 13/4 13/12 13/13 14/17
14/17 14/20 16/13 17/3 17/5 17/22
18/9 18/10 19/11 19/24 35/18 37/3
bankruptcy [1] 25/5
barely [1] 21/5
bars [1] 32/22
based [2] 17/8 22/20
basis [1] 21/2
be [30] 3/4 3/18 8/14 9/7 10/2 10/17
10/24 12/1 12/20 14/23 15/18 17/3
18/7 19/6 23/15 23/24 24/14 27/23
28/4 34/14 35/1 35/7 36/9 36/11 36/24
37/1 37/4 37/9 37/14 37/23
beach [1] 30/4
became [2] 25/6 25/15
because [9] 10/5 11/19 11/24 13/9
13/14 13/17 14/20 30/7 33/25
been [9] 3/22 8/19 16/22 19/7 21/21

26/8 30/20 35/19 35/22
before [6] 1/19 24/6 24/24 24/22 25/21
27/21
began [1] 24/25
begin [1] 24/8
beginning [1] 10/4
begins [1] 24/10
behalf [2] 3/12 3/14
being [7] 22/10 23/23 29/4 29/5 29/12
29/13 39/8
believe [2] 24/12 34/13
belonged [1] 36/4
best [2] 24/6 40/7
betrayed [1] 30/18
better [2] 26/9 31/24
between [3] 9/5 13/18 14/8
beyond [2] 21/2 36/8
Blessed [1] 23/15
Bloch [41]
Bloch's [16] 4/24 5/2 5/15 7/3 7/9 8/3
8/3 8/4 8/7 8/13 22/1 32/5 32/23 33/8
34/7 34/12
blood [1] 26/9
body [3] 31/3 33/4 35/25
both [2] 6/3 25/17
bottom [1] 15/11
bounds [2] 24/11 24/24
breaking [1] 24/12
breathing [1] 21/5
Breland [1] 6/18
brief [3] 16/24 34/1 34/6
briefing [1] 15/10
bring [3] 23/16 38/25 39/2
broad [2] 15/17 19/6
brother [1] 30/13
buff [1] 29/9
Bureau [2] 35/6 37/19
but [14] 9/25 10/14 13/12 14/7 16/23
17/11 24/6 31/13 32/25 34/16 34/17
36/14 38/16 38/22

## C

calculation [1] 5/20
call [1] 28/14
called [2] 29/24 30/8
callous [1] 20/8
came [2] 29/3 30/17
can [5] 3/6 14/20 27/17 31/3 39/3
can't [2] 31/24 34/17
cannot [3] 6/24 7/2 7/4
car [2] 21/22 30/5
card [3] 8/4 21/8 32/5
career [7] 24/20 24/23 25/3 25/18
26/24 27/18 30/3
caring [1] 27/13
cars [1] 25/6
case [14] 13/21 14/2 14/19 14/23 15/5
15/18 15/22 17/9 17/19 19/18 22/25
29/3 33/1 37/8
cases [2] 14/25 33/19
category [3] 22/18 22/21 34/16
Category II [1] 34/16
cause [2] 16/2 33/25
caused [1] 20/1
CCR [3] 2/5 40/4 40/11
cell [2] 5/15 5/18
certain [1] 24/6
certainly [1] 10/22 27/1
CERTIFICATE [1] 40/3
certify [1] 40/6

## C

challenge [3] 36/21 38/24 38/2
changed [1] 26/8
chaos [1] 24/17
Chapter [2] 12/5 18/5
character [1] 25/2
characteristics [3] 15/19 31/16 36/16
charge [1] 12/24
charged [1] 15/14
charges [2] 9/2 15/25
Chase [2] 34/8 37/2
checks [1] 8/3
chief [1] 30/4
children [3] 9/10 27/13 36/6
cholesterol [1] 26/10
Christ [1] 23/15
Circuit [11] 13/24 14/3 14/10 15/15 17/1 17/9 18/24 19/4 19/14 19/21 35/19
Circuit's [1] 19/9
circumstances [2] 31/16 36/15
cite [1] 18/19
cited [2] 6/25 16/23
cites [1] 6/18
citing [1] 19/17
citizen [3] 23/22 25/10 26/23
civil [1] 8/17
Clausen [2] 6/12 6/15
clearly [3] 6/14 17/8 25/21
Clerk [1] 37/9
close [1] 15/2
closely [1] 21/17
closing [1] 27/21
closure [2] 27/18 33/7
cocaine [1] 24/8
collateral [1] 38/24
collaterally [1] 38/22
collection [1] 38/2
come [2] 23/6 23/9
coming [1] 25/4
commendations [1] 23/21
comment [1] 3/24
commentary [3] 14/24 15/1 15/3
comments [2] 28/19 28/25
commit [5] 24/4 25/8 27/24 32/8 37/23
committed [5] 25/11 27/23 30/24 35/6
community [1] 26/25
compensable [1] 37/5
completed [1] 26/18
comply [4] 16/4 31/14 36/14 38/2
comprehension [1] 36/8
computer [1] 2/9
computer-aided [1] 2/9
conceal [1] 33/11
concealed [1] 33/4
concealing [3] 21/22 33/10 33/20
conclusion [2] 7/9 17/23
concurrently [1] 35/9 35/12 37/18
condition [3] 21/5 38/4 38/4
conditions [2] 26/19 38/3
conduct [21] 11/22 12/3 12/8 14/4 14/13 15/13 15/17 15/21 15/23 15/24 18/3 18/22 19/13 19/17 19/19 20/1 20/11 20/23 21/17 25/23 36/21
conducted [1] 38/7
confidence [4] 29/17 29/25 30/9 32/15
confused [1] 12/1
Congress [3] 16/24 18/25 19/5
connected [1] 13/6

consecutively [2] 35/11 35/14
consider [3] 11/21 23/5 36/15
considerable [1] 36/11
considerations [1] 15/20
considered [2] 3/24 34/3
considering [2] 35/4 36/12
consists [3] 35/8 35/13 37/15
construction [1] 19/6
consulting [1] 22/15
consummated [2] 26/14 26/18
contacting [1] 7/18
contained [3] 15/19 17/19 22/13
contemplated [1] 24/3
contends [12] 5/9 5/25 6/23 8/17 8/19 9/3 9/9 9/17 17/18 19/18 20/15 21/9
content [1] 21/16
contention [2] 6/4 6/6
contest [1] 38/14
context [2] 31/15 35/17
continued [2] 32/8 32/10
continuing [1] 32/9
control [3] 12/17 18/16 26/5
controlled [2] 10/6 38/1
convicted [9] 11/8 11/13 14/5 15/1 16/10 16/18 17/25 18/7 38/9
conviction [21] 9/17 9/18 11/22 11/23 11/25 12/1 12/3 12/4 12/8 12/9 13/17 13/19 14/8 14/14 14/16 17/21 18/3 21/15 21/17 35/18 38/15
convictions [1] 19/11
cooperate [1] 38/1
cop [1] 30/19
copies [1] 13/23
cops [2] 29/24 30/9
copy [1] 4/1
correct [1] 40/6
correctional [1] 26/13
corrections [3] 22/3 26/15 27/9
correspondence [1] 28/2
costs [3] 23/2 39/10 39/11
could [10] 5/7 10/10 10/11 10/14 13/12 16/7 23/9 25/18 30/6 36/6
counsel [6] 3/6 3/25 8/11 17/15 27/2 39/3
count [19] 11/22 11/23 11/25 12/1 12/1 12/2 12/3 12/8 12/9 13/17 13/19 14/5 14/8 14/8 14/14 14/16 18/3 35/9 35/13
Count 1 [1] 35/9
country [5] 23/19 29/6 29/11 30/17 30/19
counts [10] 13/15 16/18 19/24 35/9 35/10 35/11 35/14 37/16 37/17 39/14
Counts 1 [1] 35/14
Counts 2 [1] 37/17
couple [1] 28/25
course [1] 30/9
court [52]
Court's [2] 17/5 34/11
courtroom [2] 26/3 30/20
cover [3] 15/17 15/21 33/19
covered [2] 12/5 18/4 19/14
CR [1] 1/4
crack [2] 24/8 24/9
credits [2] 12/16 18/15
crime [11] 25/8 25/11 30/22 30/23 31/1 33/11 33/14 33/15 33/20 33/20 36/8
crimes [7] 26/7 27/22 27/24 33/18 33/22 36/20 36/20
criminal [8] 3/5 3/23 20/23 22/18 22/21 27/18 32/16 36/20

cross [33] 8/9 8/14 9/16 9/19 9/23 9/25 10/3 10/18 10/24 13/4 14/13 14/3 14/12 14/15 14/23 15/5 15/12 15/19 17/11 17/13 17/18 17/21 18/6 19/12 19/15 19/23 20/3 20/13 34/15 35/17 35/21 36/10 36/11
cross-reference [31] 8/9 8/14 9/16 9/19 9/23 9/25 10/3 10/18 10/24 13/1 13/17 14/3 14/12 14/15 14/23 15/5 17/11 17/13 17/18 17/21 18/6 19/12 19/15 19/23 20/3 20/13 34/15 35/17 35/21 36/10 36/11
cross-references [2] 15/12 15/19
custody [5] 12/17 18/16 35/6 37/18 38/11
customer [2] 6/12 6/15
cut [1] 32/21

## D

Dalton [1] 27/9
danger [2] 26/25 27/4
dangerous [1] 37/25
database [1] 32/17
date [1] 5/10
daughter [1] 23/13
DAVIDSON [2] 2/3 3/14
day [9] 21/7 23/14 24/3 25/12 25/25 27/15 27/17 27/20 30/5
days [1] 39/7
DC [1] 1/22
dead [1] 6/23
deadly [1] 23/23
dealing [1] 15/15
deals [1] 10/13
death [5] 8/7 8/13 16/3 20/2 34/12
debit [3] 8/4 21/8 32/5
debt [2] 8/18 26/20
deceased [2] 6/17 6/20
December [3] 26/7 26/13 26/17
December 2007 [2] 26/7 26/13
December 2012 [1] 26/17
decision [1] 38/19
decisions [1] 26/20
defendant [88]
defendant's [9] 6/4 7/8 7/10 9/6 15/4 19/19 20/11 21/2 21/16
defense [1] 29/17
defer [1] 8/9
defined [1] 24/25
definitely [1] 17/14
definition [1] 16/3
defraud [3] 12/14 16/14 18/14
degree [5] 10/12 16/3 19/20 20/3 20/12
deliberately [1] 27/17
delivered [1] 28/3
demonstrate [1] 25/22
demonstrations [1] 30/15
denies [9] 4/18 4/23 5/14 5/23 7/11 7/12 7/18 8/6 8/7
Department [3] 1/20 26/15 27/9
designed [2] 15/20 17/6
desire [1] 36/2
destroy [3] 4/19 4/22 8/1
destroyed [1] 8/3
destructive [3] 10/6 11/4 37/24
detail [1] 8/14
detection [1] 22/1
detectives [1] 21/25
deter [2] 33/18 36/20
deteriorated [1] 24/23

**D**

determine [2] 5/25 40/9
determining [2] 14/14 31/11
devastating [2] 24/22 30/25
device [3] 10/6 11/4 37/25
devoted [2] 10/11 10/14
did [11] 5/4 9/15 13/8 16/2 20/1 24/8 27/24 30/19 30/21 31/2 38/25
didn't [1] 10/15
difference [4] 9/5 13/7 14/8 17/4
different [2] 9/3 17/23
difficulty [1] 33/21
direct [1] 39/1
directly [1] 39/3
disagrees [1] 18/11
disappearance [1] 34/13
disappeared [2] 6/24 9/16
disciplinary [2] 26/14 26/18
disclosure [1] 38/3
discussed [1] 8/14
dismiss [1] 39/14
disparities [1] 33/25
disposal [1] 7/19
dispose [1] 21/23
disposed [1] 35/25
disputes [2] 6/11 6/16
disregard [1] 20/8
dissolution [1] 25/3
distinction [1] 13/18
district [9] 1/1 1/2 1/11 14/3 14/13 37/10 37/20 40/5 40/5
divided [1] 37/4
DNA [1] 38/2
do [6] 10/9 10/9 22/2 28/22 30/17 33/6
Docket [1] 1/4
dodge [1] 30/15
does [8] 11/7 16/4 17/11 17/20 33/25 35/16 35/21 37/6
doesn't [7] 10/9 10/12 11/5 11/6 13/11 13/12 22/7
don't [6] 11/4 11/5 13/16 14/19 14/19 16/9
done [2] 17/16 30/11
door [1] 30/5
doubt [1] 35/24
downward [2] 31/20 36/9
Doyle [4] 2/5 40/4 40/11 40/11
draft [2] 4/13 4/14
drafted [1] 30/13
drafter [1] 30/15
drained [1] 32/23
drastically [1] 26/8
drive [1] 13/20
driver's [4] 4/19 7/19 8/2 21/24
driveway [1] 30/5
drove [1] 24/4
during [7] 7/13 7/16 23/21 25/9 25/13 32/9 32/17

**E**

each [7] 25/16 25/17 35/10 35/11 35/12 35/14 37/16
early [2] 16/23 25/15
EASTERN [2] 1/2 40/5
eat [1] 24/25
effect [1] 29/24
egregious [3] 32/25 33/1 33/13
EHLE [7] 2/2 3/14 9/20 15/6 28/6 31/10 34/9
Ehle's [1] 15/23

Eighth [1] 14/10
either [3] 20/6 39/7
elder [1] 32/20
element [1] 14/6
elements [1] 20/12
Eleventh [1] 15/15
Eleventh Circuit [1] 15/15
elicited [4] 5/11 5/16 7/7 7/25
else [3] 8/8 28/6 29/21
emergency [1] 21/6
emotional [1] 30/23
employment [1] 38/5
enacted [1] 19/5
end [2] 23/17 25/4
enforcement [19] 23/20 24/20 25/11 29/5 29/12 29/13 29/15 29/16 29/19 29/20 29/23 29/25 30/1 30/7 30/10 30/19 30/24 32/10 37/12
enhancement [3] 20/17 21/10 21/20
enough [3] 30/18 32/25 36/4
entire [1] 32/24
entitled [1] 40/8
entry [1] 39/7
equipment [1] 26/24
erosion [1] 24/6
especially [1] 33/19
ESQ [4] 1/15 1/18 1/21 2/2
establish [2] 19/13 39/3
established [1] 5/21
establishes [5] 12/4 12/8 14/6 14/12 18/4
estate [2] 34/7 37/3
ethically [1] 25/19
evaluating [1] 31/15
even [9] 6/9 16/9 23/22 27/1 32/7 32/19 33/1 33/5 36/5
event [2] 35/20 37/13
ever [2] 5/14 6/7
every [9] 23/14 24/3 25/12 25/25 27/15 27/17 30/5 30/6 30/22
everything [6] 24/5 24/25 25/1 29/21 30/10 36/4
evidence [8] 5/7 5/10 6/5 6/7 7/6 21/9 23/6 28/9
evidentiary [14] 4/11 4/21 4/25 5/12 5/16 6/14 6/19 7/7 7/15 7/25 8/12 9/13 29/4 32/13
exact [1] 16/13
exactly [1] 34/17 35/23
example [5] 12/2 13/10 14/2 18/2 32/12
examples [2] 11/11 18/20
exceeds [1] 22/23
excessive [1] 23/22
excludes [1] 13/13
excuses [1] 25/13
execute [2] 12/13 18/13
executes [2] 12/12 18/13
exemplar [1] 18/22
experience [1] 24/18
explain [1] 26/3
explained [2] 14/11 18/25
explicitly [1] 19/14
explosive [1] 10/6
extreme [1] 15/17
extremes [1] 15/18

**F**

facilitate [1] 32/11
facilities [1] 26/13
facing [1] 25/4

fact [7] 7/9 12/23 22/12 22/13 30/23 31/3 33/22
factors [5] 31/14 31/15 33/18 34/3 36/12
facts [3] 6/5 6/8 21/22
factual [2] 11/5 21/2
faith [1] 25/24
faithfully [1] 30/16
fall [2] 24/5 34/19
falls [1] 24/7
false [12] 11/9 12/18 12/24 13/4 13/8 13/15 16/11 16/15 17/25 18/7 18/17 18/23
familiar [2] 10/2 13/11
family [10] 27/6 27/14 27/20 29/1 30/21 30/22 30/24 31/3 32/21 33/8
fascination [1] 25/1
Father [1] 23/15
father's [2] 8/2 21/25
FCRR [3] 2/5 40/4 40/11
federal [5] 3/23 12/10 27/2 37/23 39/6
feel [4] 28/22 28/23 30/2 30/23
few [1] 25/9
fictitious [9] 11/9 11/16 12/25 13/15 16/11 16/15 18/1 18/8 18/23
Field [1] 27/10
Fifth [9] 13/24 17/1 17/9 18/24 19/4 19/9 19/14 19/21 35/19
Fifth Circuit [5] 17/9 19/4 19/14 19/21 35/19
Fifth Circuit's [1] 19/9
fight [2] 17/6 30/14
filed [8] 4/8 4/8 4/10 9/12 9/14 20/14 22/10 28/4
filing [1] 39/8
final [1] 31/3
Finally [2] 6/8 34/5
financial [10] 5/24 12/14 12/17 13/6 18/14 18/16 25/4 35/25 38/3 38/4
find [2] 5/7 22/15
finding [1] 36/22
findings [4] 4/11 4/13 22/12 22/12
finds [3] 17/16 17/22 37/6
fine [4] 23/2 36/23 36/23 38/15
fined [1] 12/20
firearm [3] 10/5 11/4 37/24
first [6] 7/4 8/11 9/14 32/2 34/15 35/18
firsthand [1] 24/15
five [3] 16/18 23/1 34/21
five-minute [1] 34/21
flight [1] 27/4
following [3] 9/13 37/2 37/2
follows [1] 22/16
force [2] 23/23 23/23
foregoing [1] 40/6
forever [1] 23/13
forgive [3] 14/2 26/1 27/16
forth [6] 11/22 12/3 12/8 14/13 18/3 19/13
forward [1] 23/6
forwarded [1] 37/9
fought [1] 30/14
found [11] 4/25 5/1 6/19 7/8 8/12 19/4 19/19 19/20 21/4 35/4 35/20
Fourth [1] 2/3
frame [1] 23/25
fraud [52]
frauds [2] 11/15 17/6
fraudulent [17] 11/9 12/18 12/25 13/5 16/11 16/15 18/1 18/8 18/11 18/17

**F**

fraudulent [7] 18/20 18/23 27/3 32/6
 32/8 32/14 32/18
fraudulently [1] 25/21
free [1] 28/22
freely [1] 26/22
friend [1] 27/10
friendly [1] 25/16
friends [2] 27/13 32/22
friendship [1] 25/17
front [1] 33/5
full [2] 24/1 38/5
full-time [1] 38/5
fully [1] 5/21
funds [5] 12/15 16/15 18/15 22/1 25/7
further [10] 8/7 8/19 22/7 22/11 36/20
 36/20 38/9 38/21 39/12 39/22
furtherance [2] 17/12 33/3
future [4] 23/13 23/13 33/18 33/22

**G**

Gabriel [1] 13/25
gain [3] 5/24 32/17 35/25
garage [1] 4/20
Garcia [5] 13/22 13/25 16/1 16/5 19/17
general [14] 11/11 11/14 11/17 11/20
 13/3 13/7 13/9 14/17 14/18 14/21 15/1
 16/7 16/20 16/21
generally [5] 11/10 18/2 18/8 18/11
 18/21
generosity [1] 25/20
get [2] 10/16 13/1
gets [1] 13/16
getting [1] 29/8
give [2] 27/18 32/14
given [4] 19/6 19/7 21/6 33/11
gives [1] 11/10
giving [1] 25/1
go [4] 10/4 16/9 29/22 30/6
God [6] 23/14 23/15 23/16 25/25 27/15
 27/19
God's [1] 26/10
goes [1] 14/10
going [6] 8/9 13/20 23/5 28/4 31/10
 34/21
good [4] 3/3 25/11 25/24 29/22
GORDON [2] 1/15 3/12
gotten [1] 33/1
government [21] 3/25 4/7 5/21 6/23
 6/24 7/2 7/4 9/14 10/17 12/23 13/14
 13/23 19/18 26/4 29/3 31/7 31/19
 33/12 33/24 34/1 34/5
government's [2] 34/1 39/8
GPS [1] 21/8
grant [1] 15/4
grave [1] 21/5
greater [2] 31/13 36/14
greed [1] 25/7
Gretna [1] 2/3
grew [1] 25/17
grounds [1] 12/23
guess [1] 28/23
guideline [16] 7/23 12/5 13/1 14/4
 15/20 17/20 18/5 18/5 19/4 19/20
 19/23 22/16 22/22 22/23 22/24 36/10
guidelines [5] 15/2 15/12 18/19 22/15
 31/20
guilty [6] 16/19 24/2 27/17 38/14 39/5
 39/15

**H**

had [18] 4/4 8/8 8/8 8/10 9/3 10/11
 10/14 20/15 26/4 26/20 27/3 30/7
 33/11
halt [1] 26/3
happened [1] 17/7
happens [1] 24/7
hard [2] 23/18 24/7
has [23] 3/22 4/7 4/8 6/23 8/19 8/22
 17/16 18/24 19/4 19/14 19/19 19/21
 22/5 26/7 26/8 26/10 29/10 30/11
 30/22 31/25 33/21 35/19 39/15
have [56]
having [4] 10/9 22/9 27/6
he [40] 4/18 4/23 5/14 5/24 5/25 6/1
 6/12 6/17 6/23 7/12 8/17 8/19 8/22
 8/23 9/3 9/9 9/9 9/15 9/17 13/5 20/15
 21/4 21/6 21/7 30/5 30/14 30/14 30/16
 30/16 30/17 30/17 30/18 31/2 31/2
 32/1 32/2 32/23 37/20 37/23 38/2
health [1] 26/8
hear [1] 8/10
heard [2] 9/13 32/12
hearing [17] 4/11 4/14 4/21 4/25 5/12
 5/17 5/22 6/6 6/14 6/20 7/7 7/15 7/25
 8/12 9/13 29/4 32/13
heart [1] 27/16
heavy [1] 26/24
HEBERT [26] 1/6 2/2 3/6 3/14 3/15
 3/21 4/1 11/12 12/24 13/8 16/2 18/8
 22/7 23/6 23/7 27/10 30/10 34/14
 34/16 35/2 35/5 35/24 36/1 36/5 38/13
 39/18
Hebert's [5] 5/1 28/3 34/11
heinous [1] 36/8
held [4] 4/10 14/3 19/15 19/21
help [4] 25/17 27/13 29/11 32/14
here [6] 29/6 29/11 30/10 30/17 30/20
 33/5
here's [2] 10/25 12/22
hereby [1] 35/6
hid [2] 8/2 8/4
hidden [1] 8/4
hiding [2] 21/24 21/25
high [1] 30/13
him [9] 5/18 8/8 8/17 8/19 9/10 23/9
 32/8 32/20 33/12
his [37] 3/25 4/18 4/19 4/21 5/18 5/24
 7/2 7/13 7/16 7/19 8/1 8/2 8/5 8/18
 8/24 9/2 9/10 9/17 21/23 21/24 26/4
 28/4 30/5 30/5 30/17 31/25 32/4 32/10
 32/11 32/14 32/21 32/22 33/12 35/25
 35/25 36/5 38/6
history [5] 16/23 22/18 22/21 29/9
 36/16
hold [1] 31/19
holds [1] 19/10
Holy [1] 26/10
home [5] 5/1 7/8 8/4 13/20 27/19
homicide [5] 10/10 10/10 10/11 10/14
 13/1
Honor [35] 3/9 3/11 3/13 3/20 3/21
 9/23 10/8 10/21 10/25 13/20 13/22
 14/22 15/9 15/11 16/6 17/8 17/13 22/6
 23/8 26/6 27/8 27/19 27/25 28/1 28/8
 31/8 31/11 31/20 32/12 32/25 34/10
 34/14 39/13 39/17 39/23
Honor's [1] 14/24
HONORABLE [1] 1/10

hope [1] 27/17
hours [1] 37/18
house [4] 7/2 8/3 30/4 30/8
housed [1] 27/9
how [3] 10/21 28/25 29/24
however [7] 19/21 22/22 23/22 25/13
 27/23 36/24 38/25
human [3] 20/8 23/23 24/16
humanity [1] 24/19
hurricanes [2] 24/13 24/22

**I**

I'll [1] 34/18
I'm [8] 13/11 13/20 23/5 28/4 28/13
 28/24 29/9 31/10
identification [1] 21/23
if [20] 5/25 9/25 11/2 11/4 11/5 14/4
 14/18 16/7 16/7 17/24 20/19 21/12
 23/9 29/1 29/18 30/1 31/4 36/11 39/2
 39/4
II [3] 22/18 22/22 34/16
III [1] 2/2
illegal [2] 23/25 25/23
illogically [1] 25/6
immediately [3] 32/5 37/9 38/10
impact [3] 28/11 31/5 31/7
impede [1] 21/13
impeded [1] 21/13
important [7] 10/21 11/19 11/24 12/2
 13/18 23/11 33/10
impose [2] 31/13 36/13
imposed [7] 3/18 9/4 35/14 36/24 38/15
 38/20 39/1
impression [1] 35/18
imprisoned [2] 12/21 35/7
imprisonment [6] 22/20 22/22 23/3
 31/18 35/8 37/13
in [172]
incarcerated [1] 26/12
including [3] 38/3 38/16 38/22
including: [1] 21/22
including: concealing [1] 21/22
incorporate [3] 15/10 16/24 34/2
incorporated [1] 17/3
incorporating [1] 4/13
incorrect [1] 26/3
increase [2] 20/21 21/18
increased [1] 34/4
incurred [1] 8/18
indeed [5] 5/2 5/18 6/20 26/1 36/10
Indicating [1] 22/19
indictment [16] 12/2 12/24 13/15 13/16
 13/19 14/5 14/9 15/25 16/4 19/13
 19/17 19/22 19/24 20/4 20/9 27/2
individuals [1] 27/1
indulge [1] 9/25
ineffective [1] 39/3
information [5] 8/20 8/24 9/4 9/11
 32/17
inhibit [1] 21/23
initial [2] 4/15 4/17
injuries [1] 37/5
insatiable [1] 36/2
inside [1] 7/5
instance [1] 24/7
instances [2] 21/21 34/2
instant [1] 21/15
institution [5] 12/14 12/17 13/6 18/14
 18/17
institutional [1] 8/22

**I**

institutions [2] 29/2 29/11
instructed [1] 8/1
instruction [1] 19/9
insurmountable [1] 25/5
intend [1] 16/24
intent [2] 16/2 20/1
intentionally [2] 20/7 20/10
interest [5] 5/4 5/26 5/8 37/7 37/7
interesting [1] 12/22
interpretation [1] 19/3
interview [2] 7/13 7/16
into [5] 15/11 17/3 25/6 29/3 30/13
intoxicated [2] 5/10 5/13
investigation [2] 21/14 27/2
involve [1] 17/7
involvement [1] 26/5
involving [3] 16/14 16/15 24/16
is [139]
issued [2] 4/13 4/14
issues [1] 25/4
it [61]
it's [12] 10/20 11/24 13/9 13/17 14/7
14/17 14/18 17/5 17/5 17/6 29/15
33/10
its [7] 12/23 15/10 19/3 21/23 24/6
34/6 36/14
itself [1] 39/5

**J**

Jacksonville [1] 30/3
JANE [1] 1/10
Jefferson [4] 7/13 7/17 21/3 24/15
jeopardizing [1] 24/4
Jesus [1] 23/15
JPMorgan [2] 34/7 37/2
judge [4] 1/11 28/23 38/15 38/20
judgment [7] 8/17 8/18 8/19 24/21 35/5
38/19 39/7
July [6] 4/11 4/11 4/12 9/13 28/25 29/4
July 21 [1] 4/11
July 24 [1] 4/11
July 29 [1] 4/12
jurisdiction [1] 17/5
jurisprudence [1] 17/23
just [16] 13/14 13/18 16/7 16/12 17/4
17/6 24/7 29/17 30/3 30/25 31/1 31/20
31/23 33/7 33/15 36/18
justice [4] 1/20 7/24 21/10 21/14

**K**

Katrina [1] 24/13
keep [2] 11/12 29/12
key [2] 7/5 7/10
kill [4] 16/2 20/1 20/6 20/7
killed [5] 9/15 20/4 20/10 33/2 35/24
killing [3] 7/11 33/9 33/20
kind [2] 29/9 38/24
knew [2] 20/20 20/24
know [7] 13/10 14/6 29/6 30/1 30/2
30/22 33/6
knowing [1] 30/6
knowingly [2] 12/12 18/12
knowledge [1] 5/1
known [2] 20/20 20/24

**L**

lacked [1] 5/6
laid [2] 34/1 34/6
language [22] 9/25 10/2 10/21 10/22

10/23 11/1 11/20 11/25 12/7 13/2 13/4
13/11 13/16 14/1 14/18 14/24 15/3
16/1 16/8 16/9 16/19 18/21
last [1] 15/23
later [2] 8/14 30/18
latter [1] 24/1
law [25] 13/21 16/25 17/2 23/19 23/20
24/20 25/10 26/23 29/4 29/12 29/13
29/15 29/16 29/18 29/20 29/23 29/25
30/1 30/7 30/9 30/18 30/24 31/23
32/10 36/18
law-abiding [1] 26/23
lawful [1] 32/16
leaves [3] 8/2 13/12 21/24
led [4] 24/11 25/7 25/8 34/4
legal [1] 17/12
legislative [1] 16/23
less [2] 5/15 6/7
let [1] 6/8
level [6] 7/23 20/17 21/9 21/18 22/17
22/21
levels [2] 20/21 21/18
licenses [5] 4/19 4/22 7/19 8/2 21/24
life [20] 20/8 22/22 23/12 23/16 24/5
24/14 24/16 24/23 24/24 25/2 25/12
25/14 25/19 26/7 26/11 26/22 27/5
29/21 30/18 36/5
light [1] 19/8
like [16] 9/20 12/1 13/20 14/24 23/6
24/14 28/6 28/10 28/11 28/19 29/20
31/6 31/9 34/2 36/5 39/18
likely [2] 4/25 5/12
limited [2] 38/17 38/22
line [1] 15/11
Lisa [1] 27/10
list [1] 13/11
listed [3] 10/10 11/13 11/14
lists [1] 11/20
lived [5] 9/9 9/10 27/10 30/3 30/4
living [1] 24/24
local [2] 32/22 37/23
long [1] 30/6
longest [1] 16/22
look [13] 11/1 11/6 11/19 12/6 12/7
14/13 14/16 16/8 16/12 19/2 21/2 29/2
29/10
looking [2] 33/9 33/17
Lord [1] 23/15
loss [3] 5/20 5/21 24/16
lost [2] 24/21 26/10
lot [4] 29/9 29/9 30/22 30/23
LOUISIANA [6] 1/2 1/16 2/3 2/6 26/16
40/6
low [1] 25/14

**M**

ma'am [1] 4/6
made [3] 29/21 32/13 35/19
mail [7] 16/22 16/25 17/2 17/5 17/10
19/1 19/6
Main [1] 1/18
maintain [1] 38/5
maintained [2] 25/16 26/24
major [1] 25/4
majority [1] 32/21
make [8] 9/6 9/20 13/8 15/13 22/3
25/13 28/19 31/9
makes [2] 7/9 30/25
making [1] 32/5
malice [2] 20/5 20/6

mandatory [1] 36/24
manner [2] 19/10 38/5
manslaughter [1] 10/11
many [1] 36/5
MARK [5] 1/6 2/2 3/6 3/14 35/5
marriage [1] 25/4
Marshals [1] 38/12
marvelous [1] 29/11
material [1] 10/6
matter [5] 3/16 15/11 17/4 35/18 40/8
maximum [5] 22/24 22/25 31/18 33/14
33/25
may [9] 3/4 9/22 10/24 11/25 14/3
14/13 19/15 24/9 34/25
me [18] 10/1 14/2 23/16 24/4 24/11
24/18 24/25 25/1 25/7 25/8 26/1 26/2
26/11 27/10 27/16 27/19 28/3 39/18
mean [1] 36/5
means [5] 12/18 13/4 18/17 20/6 20/22
measures [1] 24/16
mechanic [1] 26/25
mechanical [1] 2/9
medications [1] 26/9
member [1] 30/24
Memphis [1] 1/19
mentioned [1] 33/17
merchants [1] 32/15
mid [1] 24/24
MILAZZO [1] 1/10
military [5] 29/5 29/7 29/14 30/3 30/12
million [2] 12/20 23/12
mind [4] 11/12 15/21 24/4 34/13
minute [1] 34/21
misused [1] 25/20
mitigation [1] 23/6
modeled [1] 18/25
money [2] 16/14 36/2
monies [2] 12/15 18/15
months [11] 25/9 26/12 26/16 26/22
32/9 34/19 35/8 35/8 35/10 35/11
35/13
morality [1] 24/20
more [7] 4/25 5/12 7/7 12/20 12/21
26/2 26/9
Moreover [1] 33/4
morning [1] 28/3
most [4] 15/16 16/21 23/11 33/1
mother [1] 28/3
mother's [1] 8/5
motive [1] 6/2
mouthful [1] 14/7
move [2] 39/13 39/19
Mr [2] 31/7 34/7
Mr. [80]
Mr. Albert [3] 25/16 26/1 26/2
Mr. Albert's [1] 25/20
Mr. Bloch [26] 5/4 5/5 5/7 5/10 5/13
5/24 5/25 6/7 6/9 6/16 6/20 6/23 6/24
7/12 9/15 9/15 20/15 20/16 28/15 32/2
32/7 32/17 32/19 33/3 33/10 35/24
Mr. Bloch's [12] 4/24 5/2 5/15 7/3 7/9
8/7 8/13 22/1 32/5 32/23 33/8 34/12
Mr. Breland [1] 6/18
Mr. Ehle [5] 9/20 15/6 28/6 31/10 34/9
Mr. Ehle's [1] 15/23
Mr. Hebert [20] 3/15 3/21 4/1 11/12
12/24 13/8 16/2 18/8 22/7 23/6 23/7
30/10 34/14 34/16 35/2 35/24 36/1
36/5 38/13 39/18
Mr. Hebert's [3] 5/1 28/3 34/11
Mr. Parker [2] 15/8 31/5

## M

Mr. Patel [2] 28/9 34/9
Mr. Sanders [1] 17/10
Mr. Vernon [3] 28/14 31/25 33/6
much [7] 5/15 6/7 26/8 29/25 30/11 30/25 31/24
murder [10] 10/12 10/18 10/25 16/4 17/7 17/11 19/20 20/3 20/12 34/3
murdered [1] 8/8
must [5] 18/7 19/13 19/22 20/4 31/12
my [60]
myself [1] 23/17

## N

name [1] 8/5
names [1] 11/16
nature [3] 31/15 33/19 36/15
Navy [1] 29/7
NCIC [3] 5/24 6/2 32/16
necessarily [1] 15/14
necessary [3] 31/14 33/14 36/14
need [1] 21/1
needed [1] 31/22
needs [1] 8/23 29/16 29/17
neither [1] 11/2
nervous [2] 7/12 7/16
never [7] 23/22 24/7 24/10 26/25 27/12 30/14 36/3
new [6] 1/16 2/6 4/15 24/15 26/11 37/10
New Orleans [2] 24/15 37/10
next [2] 30/5 30/8
night [1] 30/6
no [23] 3/19 5/5 5/7 5/9 6/5 6/7 6/8 7/9 8/22 20/15 22/5 22/10 25/13 26/2 26/5 26/9 27/4 28/8 30/15 31/7 35/24 36/23 39/23
Nonetheless [1] 35/19
not [60]
note [5] 14/25 14/25 20/21 35/16 39/17
noted [6] 8/20 8/24 9/5 9/11 21/21 22/14
notes [5] 8/16 9/8 18/21 31/19 33/24
notice [1] 39/9
notwithstanding [1] 34/11
November [2] 1/6 3/2
now [13] 10/20 11/7 11/12 11/19 11/23 12/22 14/6 14/10 14/16 28/13 30/12 30/21 34/18
Number [20] 4/18 4/23 5/3 5/9 5/14 5/19 5/23 5/23 6/11 6/16 6/22 7/1 7/11 7/18 7/21 8/6 8/16 8/21 9/1 9/8
numerous [2] 4/8 23/20
NW [1] 1/21

## O

oath [1] 32/1
object [1] 10/19
objection [25] 4/20 4/24 5/6 5/11 5/16 5/20 6/1 6/1 6/13 6/18 6/25 7/6 7/14 7/20 8/8 8/11 8/15 9/14 15/4 17/17 20/14 20/18 21/1 21/11 39/18
objections [18] 4/8 4/8 4/10 4/15 4/16 4/17 6/3 6/4 7/21 7/24 9/12 21/20 22/2 22/5 22/8 22/10 22/11 22/14
objects [6] 5/3 5/19 7/22 8/21 9/1 9/16
obsession [1] 25/8
obstruct [1] 21/13
obstructed [1] 21/12
obstruction [3] 7/24 21/10 21/21

obstructive [1] 21/16
obtain [2] 12/15 18/14
obtaining [1] 16/14
obvious [1] 10/22
obviously [1] 16/21 33/2 33/22
occurred [2] 23/25 27/3
Ochoa [1] 15/16
off [2] 11/8 32/21
offense [7] 12/4 14/6 15/19 18/4 19/13 20/20 21/15 21/16 21/18 21/18 22/17 22/21 31/16 31/22 36/16 36/17 36/19
offenses [1] 11/15
offer [2] 28/7 29/10
offered [2] 25/17 27/13
office [8] 1/14 1/17 7/14 7/17 37/11 37/11 37/20 38/6
officer [7] 21/3 25/11 32/1 32/4 32/10 33/13 38/7
officer's [2] 9/6 22/11
officers [1] 36/7
Official [3] 2/5 40/4 40/12
okay [3] 11/3 11/10 12/9
on [30] 3/12 3/14 4/11 4/12 5/10 8/9 9/2 9/12 11/5 12/23 14/10 15/10 16/19 17/8 17/13 19/1 20/14 21/2 21/6 24/22 28/11 29/24 30/16 34/11 36/6 37/7 37/14 37/22 39/11 39/19
one [15] 6/7 13/14 15/18 16/22 17/6 24/7 25/18 26/22 27/20 29/4 29/5 29/12 29/13 29/20 37/15
ones [4] 11/2 29/22 29/23 29/23
only [5] 14/4 14/13 16/20 17/1 17/4
opened [1] 26/11
opportunity [2] 4/4 8/10
or [73]
orally [2] 4/12 39/19
order [8] 8/23 19/12 20/2 22/1 34/6 37/12 38/19 39/8
ordered [5] 4/18 4/22 38/9 39/16 39/20
ordering [1] 21/23
Orleans [4] 1/16 2/6 24/15 37/10
other [21] 11/25 12/16 13/6 15/24 16/6 18/5 18/15 25/17 25/18 29/5 29/13 30/12 31/5 31/7 33/17 34/2 35/9 35/12 36/2 37/25 38/23
otherwise [2] 20/23 31/19
our [14] 16/23 25/17 29/1 29/3 29/12 29/14 29/16 29/25 30/8 30/19 30/21 30/24 31/3 39/17
out [8] 13/12 24/11 24/24 29/8 32/23 34/1 34/6 38/19
outside [3] 25/2 30/3 39/14
over [10] 10/4 26/5 26/10 30/16
overruled [19] 4/20 4/24 5/6 5/11 5/16 5/20 6/4 6/19 6/25 7/6 7/14 7/20 7/24 8/12 17/17 20/18 21/11 22/9
overruling [1] 21/1
Overwhelmed [1] 25/5
overwhelming [1] 25/3
owned [5] 5/25 6/7 12/16 18/16 30/4

## P

paid [2] 26/20 37/1 37/4
paragraph [19] 8/21 9/2 10/11 10/13 10/22 11/7 11/20 10/22 10/23 11/14 11/14 11/20 12/7 13/9 14/19 14/20 15/4 15/24
paragraphs [2] 7/22 15/25
parenthetically [1] 11/11

parents [1] 36/5
Parish [4] 7/13 7/17 21/3 24/15
parked [1] 30/5
PARKER [4] 1/18 3/8 15/8 31/5
parole [2] 26/17 26/19
part [2] 12/22 24/1 33/1
participate [1] 20/1
particular [2] 8/22 10/23
particularly [2] 6/17 20/23
parties [2] 22/2 35/20
parts [2] 8/2 21/24
past [1] 16/9
PATEL [5] 1/21 3/10 28/9 31/7 31/9 39/10
payable [1] 37/8
payment [3] 37/4 37/9 39/11
pay [6] 15/2 36/23 37/7 38/4 38/10 39/10
pedophile [1] 24/9
people [7] 25/12 29/21 29/22 29/22 29/25 30/1 36/3
perfect [1] 32/20
period [2] 9/9 24/18
permit [1] 17/21
person [6] 20/7 20/22 24/8 24/9 37/20 38/6
personal [6] 24/18 24/23 25/19 25/22 32/17 35/25
personnel [1] 21/6
perspective [1] 27/5
phone [2] 5/15 5/18
physical [1] 7/6
place [1] 16/22
placed [2] 7/5 37/14
placement [1] 8/23
places [2] 15/13 27/11
plain [3] 14/11 16/9 16/19
plausible [1] 6/6
play [1] 29/3
plea [5] 25/23 38/13 38/14 39/5 39/14
pleading [2] 24/2 27/17
please [5] 9/22 14/1 23/10 28/22 35/2
pled [2] 16/19 39/15
plethora [1] 21/19
plus [1] 23/2
podium [1] 23/9
point [8] 13/20 14/24 19/7 24/12 24/22 25/2 25/14 33/5
police [8] 7/5 21/3 30/4 32/1 32/4 32/14 33/13 36/7
ponder [1] 27/16
poor [1] 26/20
pornography [1] 24/10
posed [2] 26/25 27/3
position [4] 12/23 31/25 32/10 36/1
positive [1] 27/5
possess [1] 38/1
possessed [4] 5/15 6/7 6/10 7/4
possessing [1] 37/24
possession [1] 7/10
possible [1] 33/7
postconviction [1] 39/2
pounds [1] 26/10
Poydras [3] 1/15 2/5 37/10
practice [1] 19/2
pray [7] 23/14 25/12 25/25 27/15 27/17 27/19 27/23
prays [1] 26/2
precedents [1] 19/2
preliminary [1] 4/9
prepared [4] 3/22 23/7 27/22 28/15

**P**

presence [1] 30/7
present [2] 3/15 31/6
presented [1] 33/12
presentence [6] 3/22 4/2 4/9 22/3 22/13 34/15
preserved [1] 39/2
pressure [1] 26/9
pressures [2] 25/3 25/6
pretenses [3] 12/18 13/5 18/17
prevent [1] 22/1
previous [2] 21/20 34/11
previously [5] 4/7 6/25 7/20 11/3 27/3
principle [1] 17/12
prison [1] 26/23
Prisons [2] 35/7 37/19
probable [1] 7/8
probably [2] 24/8 29/2
probation [7] 4/12 9/6 22/11 37/11 37/20 38/3 38/7
problem [1] 32/21
problems [1] 8/24
Procedure [2] 3/23 39/7
proceed [2] 3/20 39/11
proceedings [4] 2/9 3/1 40/1 40/8
process [1] 23/16
Products [2] 6/13 6/15
profession [1] 24/21
program [1] 8/23
progressed [1] 26/8
progression [1] 24/11
prohibit [1] 18/22
prohibited [1] 37/24
prohibits [1] 16/14
promises [3] 12/19 13/5 18/18
promote [3] 31/22 33/15 36/4
proof [1] 5/5
proper [1] 19/3
property [4] 12/16 18/15 24/16 36/2
proportion [1] 37/5
proscribe [2] 18/20 18/23
proscribed [2] 28/24 30/20
proscribes [1] 18/10
proscribing [5] 11/9 12/24 16/11 17/25 18/7
prosecution [1] 21/14
protect [3] 32/2 33/22 36/19
prove [4] 6/24 7/2 7/4 9/15
proved [1] 6/23
proven [1] 21/21
provide [2] 31/23 36/18
provides [7] 17/24 18/12 20/19 20/22 21/11 22/23 29/19
provision [1] 14/4 19/5
provisions [1] 35/4
PSR [6] 5/20 7/9 7/22 8/16 8/22 9/8
PSR's [2] 5/3 6/11
public [5] 23/19 29/17 29/17 33/22 36/19
punishment [3] 31/23 33/16 36/19
purchase [1] 21/8
purchased [2] 4/4 22/1
purchases [2] 32/6 32/14
purport [1] 7/23
purposes [2] 10/1 36/14
pursuant [5] 3/23 15/25 17/21 35/3 38/13
put [5] 13/14 16/1 28/11 30/16 33/13

**Q**

question [2] 15/22 16/20
quiet [1] 24/6
quote [2] 16/13 16/16

**R**

racing [5] 5/5 5/8 6/12 6/15 25/6
radio [1] 11/17
raised [1] 17/17
range [8] 15/17 22/16 22/22 22/23 22/24 33/25 34/17 34/19
rapport [1] 25/16
rather [1] 9/7
RDAP [1] 8/23
reach [1] 31/3
read [5] 3/24 10/20 13/21 23/7 29/9
reader [1] 10/1
reading [2] 14/2 14/11
ready [3] 3/19 3/21 26/21
really [2] 13/18 29/24
reason [2] 3/17 10/8
reasonable [2] 38/7 38/8
reasons [3] 6/25 7/20 36/3
receipt [1] 4/9
receive [1] 23/12
received [2] 4/1 28/2
receiving [1] 23/20
recess [2] 34/22 34/24
recognize [1] 25/22
recommended [2] 22/11 22/12
reconcile [1] 25/12
reconnect [1] 27/6
record [14] 3/7 6/9 8/20 8/25 9/5 9/11 10/1 10/2 15/11 21/19 22/14 28/5 39/19 40/8
recorded [1] 2/9
reference [32] 8/9 8/14 9/16 9/19 9/23 9/25 10/3 10/8 10/18 10/24 13/1 13/17 14/3 14/12 14/15 14/23 15/5 17/11 17/13 17/18 17/21 18/6 19/12 19/15 19/23 20/3 20/13 34/15 35/17 35/21 36/10 36/11
references [3] 8/17 15/12 15/19
referred [1] 8/9
refers [2] 14/25 17/20
reflect [3] 31/22 33/15 36/17
reflects [1] 9/9
Reform [1] 35/3
reformed [2] 26/21 26/23
regard [1] 34/12
regarding [3] 7/9 7/19 9/2
Regardless [1] 27/11
Regretfully [1] 25/20
regrettably [1] 25/11
regular [2] 6/12 6/15
related [4] 8/18 21/16 21/17 38/20
relates [1] 15/13
release [9] 23/1 26/15 26/17 26/23 27/8 37/13 37/14 37/18 37/22
released [1] 37/21
relevant [1] 21/17
rely [2] 17/13 36/6
remanded [1] 38/11
remember [2] 33/10 34/17
removed [2] 7/3 8/3
render [1] 6/6
rendered [1] 4/12
rented [1] 8/5
repent [1] 23/14
repentance [1] 25/25

report [7] 3/22 4/2 4/10 22/4 22/13 34/15 37/19
reported [3] 5/17 32/7 32/19
Reporter [2] 2/5 40/5 40/12
reporting [1] 33/21
representations [7] 11/10 12/18 13/5 16/12 16/16 18/1 18/18
requests [2] 8/23 34/5
require [2] 31/19 36/13
required [2] 16/9 27/24
requirement [1] 37/8
research [1] 17/16
resided [2] 26/15 26/22
residence [4] 5/2 7/3 27/11 38/6
resorted [1] 25/10
respect [4] 21/14 24/21 31/23 36/18
respectfully [3] 34/10 34/13 39/17
responded [1] 21/3
response [1] 15/23
responsibility [4] 8/6 24/2 25/22 34/12
responsible [4] 6/17 6/21 8/13 37/12
rest [1] 29/10
restart [1] 26/21
restitution [8] 34/5 36/24 37/1 37/7 37/8 38/5 38/15 38/16
restriction [1] 38/4
resulting [1] 24/18
retrieved [1] 5/2
return [1] 27/19
returned [2] 5/15 5/18
reurged [1] 4/15
reveal [1] 31/2
revealed [5] 4/21 5/12 5/17 7/7 8/1
review [1] 4/4
revised [2] 4/13 4/14
revisions [1] 22/14
revolving [1] 26/4
right [10] 28/13 30/4 30/8 30/13 38/14 38/18 38/21 38/25 39/2 39/10
rights [2] 38/17 38/22
rise [3] 34/23 35/2 39/25
risk [3] 26/25 27/4 27/4
Rita [1] 24/13
role [1] 33/13
Room [1] 2/5
Rule [2] 3/23 39/6
Rule 32 [1] 3/23
Rule 4 [1] 39/6
Rules [2] 3/23 39/6
ruling [2] 8/9 35/19
rulings [1] 34/11
run [5] 35/9 35/10 35/12 35/13 37/17

**S**

sacred [1] 36/7
sad [1] 29/20
saddened [1] 31/2
sadly [1] 30/18
safe [1] 30/7
safety [1] 29/18
said [1] 16/24
Saks [2] 17/2 18/24
same [6] 6/1 7/2 19/6 19/10 21/7 35/23
SANDERS [3] 1/15 3/12 17/10
sat [1] 29/3
satisfactorily [1] 20/11
satisfied [2] 8/20 32/23
satisfies [1] 20/11
satisfy [2] 12/7 36/2
save [1] 23/17

**S**

Savior [1] 23:16
saw [1] 32/20
say [2] 14/10 31/24
saying [2] 11/8 14/7
says [11] 11/2 11/21 12/11 13/10 15/16 16/10 16/17 17/2 17/10 17/11 17/20
scene [2] 21/4 32/3
scheme [6] 12/13 16/14 18/13 32/9 32/18 33/3
schemes [1] 17/6
school [1] 30/11
scope [1] 19/3
sea [1] 30/6
search [3] 5/24 6/2 38/7
seated [2] 3/5 35/1
second [8] 10/12 10/13 14/3 16/3 19/20 20/3 20/12 20/14
section [2] 1/5 19/25
secure [1] 30/2
securities [2] 12/16 18/15
security [1] 29/18
see [2] 26/2 30/1
seemed [1] 24/14
seen [1] 30/10
sentence [29] 3/17 9/2 9/4 9/7 10/19 10/25 15/14 22/24 23/12 27/7 27/22 27/24 31/12 31/13 31/18 31/21 33/14 33/18 33/24 34/4 34/19 35/12 35/22 36/13 36/17 38/21 38/24 39/1 39/18
sentenced [2] 23/24 34/14
sentencing [9] 1/10 3/17 5/22 15/12 21/15 33/25 34/6 34/16 35/3
seriousness [3] 31/22 33/15 36/17
servant [1] 23/19
serve [2] 27/22 27/24
served [5] 23/19 26/12 26/16 27/6 30/17
service [4] 23/21 23/21 29/5 38/12
session [2] 3/4 34/25
set [7] 5/1 11/22 12/3 12/8 14/13 18/3 19/13
settled [1] 18/25
settlement [1] 31/4
seven [1] 27/23
severely [2] 24/19 25/19
severity [1] 15/18
shall [15] 12/20 36/24 37/1 37/4 37/9 37/14 37/19 37/22 37/23 37/25 38/1 38/2 38/4 38/5 38/6
SHAN [2] 1/21 3/10
Sheriff's [2] 7/13 7/17
short [3] 12/10 23/25 25/9
shortly [1] 27/8
should [8] 3/17 10/17 14/23 17/3 20/20 20/24 34/14 34/19
showed [1] 7/15
shown [1] 6/5
shows [1] 6/14
signed [1] 21/2
similar [3] 17/4 18/22 34/2
similarity [1] 19/8
simply [1] 33/13
Sin [1] 24/10
since [3] 16/22 24/3 26/7
single [1] 23/11
sins [2] 23/15 26/1
sir [1] 28/21
situation [1] 11/6
slightly [1] 9/3
slow [1] 24/6
slowly [1] 24/23
so [23] 10/3 10/16 11/4 11/4 11/6 11/21 12/3 13/8 14/22 15/2 15/22 16/12 16/16 16/19 17/8 28/22 30/8 30/25 31/3 33/20 36/12 39/16 39/20
so-called [1] 30/8
socializing [1] 32/22
society [3] 24/17 26/20 26/22
software [1] 2/9
some [4] 9/10 13/21 28/19 33/17
somebody [1] 31/1
something [2] 12/7 13/18
sometimes [1] 29/24
son [3] 23/13 27/9 28/4
sorrow [1] 30/22
sort [2] 28/25 30/15
soul [2] 23/17 27/16
span [1] 25/9
special [2] 23/4 38/10
specific [4] 15/19 16/2 20/1 27/1
specifically [14] 4/9 6/19 9/17 10/5 10/10 10/19 11/1 12/5 15/15 16/24 18/4 19/25 20/9 31/24
spent [1] 29/7
Spirit [1] 26/10
stand [4] 23/24 25/21 27/21 33/5
standard [1] 38/2
standards [1] 12/10
start [1] 27/5
started [3] 24/9 24/12 32/5
starts [1] 11/8
state [7] 9/2 10/9 26/6 26/12 26/16 27/7 37/23
stated [2] 10/3 31/25
statement [7] 5/4 6/18 9/1 23/7 23/12 28/15 28/17
statements [11] 11/9 12/25 13/8 16/11 16/15 18/1 18/8 18/11 18/21 18/23 31/7
states [28] 1/1 1/4 1/11 1/14 1/17 1/20 3/5 3/8 3/10 3/13 3/19 8/22 13/22 13/24 13/25 15/10 15/16 17/2 17/9 18/24 22/5 35/6 37/10 37/19 38/10 38/12 39/13 40/5
statute [25] 10/24 11/9 12/6 12/10 13/3 13/4 13/10 14/17 14/18 14/21 15/1 15/14 16/7 16/10 16/12 16/17 16/21 16/25 17/3 17/10 17/25 18/7 18/10 38/16
statutes [12] 11/11 11/17 11/21 13/3 13/7 15/17 18/20 18/22 19/1 19/3 19/7 19/9
statutory [3] 22/24 22/25 31/18
stay [1] 23/18
steady [1] 26/24
stenography [1] 2/9
STEPHEN [2] 1/18 3/8
steps [1] 21/22
still [2] 26/21 33/7
stole [3] 4/23 27/15 32/5
stood [1] 25/10
stopped [1] 27/12
stops [1] 24/10
storage [1] 8/5
stove [2] 8/4 21/25
Street [6] 1/15 1/18 1/21 2/3 2/5 37/10
stress [1] 26/9
stressed [1] 25/19
stuff [1] 30/15
subdivision [1] 11/2
subject [1] 22/13
submit [2] 34/18 38/6
submits [1] 31/17
submitted [1] 34/18
subsection [2] 11/3 15/16
Subsequently [1] 4/12
substance [2] 10/7 38/1
substantial [2] 17/16 35/22
substantially [1] 18/22
substantive [1] 9/7
subtle [1] 24/5
successfully [1] 27/6
such [4] 5/6 31/21 33/18 37/17
sudden [1] 24/5
sufficient [2] 31/13 36/13
Suite [2] 1/15 1/18
supervised [4] 23/1 26/17 37/14 37/22
supervision [1] 23/3
support [5] 6/9 7/23 19/22 25/7 29/16
supported [2] 19/16 27/9
supporting [2] 21/20 27/12
supports [3] 9/18 17/23 19/19
sure [3] 9/24 13/11 15/13
Surtain [2] 17/9 17/12
susceptible [1] 20/23
suspicion [1] 6/9
sweating [2] 7/12 7/16
swindles [1] 11/15
system [7] 29/13 29/15 29/16 29/16 29/19 29/25 30/19

**T**

take [3] 26/9 32/1 34/21
taken [1] 10/7
taking [1] 21/22
talk [1] 33/5
talked [1] 11/3
talking [1] 14/12
targeted [1] 32/2
taught [1] 36/5
technical [1] 9/7
television [4] 4/24 5/1 5/2 11/17
telling [1] 28/13
Tennessee [1] 1/19
term [8] 11/23 31/18 35/7 35/8 35/13 37/14 37/15 37/15
terms [7] 31/21 35/9 35/10 35/11 35/14 37/16 37/17
testimony [7] 4/21 5/11 5/16 6/14 7/6 7/15 7/25
text [2] 17/20 19/8
than [14] 5/1 5/12 7/8 9/7 12/20 12/21 26/2 31/1 31/13 31/24 36/14
Thank [3] 3/16 9/22 15/6 15/7 15/9 22/9 27/25 28/1 31/4 31/11 34/8 34/20 39/21
that [201]
that's [11] 11/19 12/25 13/7 13/18 13/19 14/7 15/1 16/22 28/13 31/13 33/2
their [3] 12/25 27/16 37/5
them [2] 13/16 27/17
then [5] 11/10 11/21 11/25 31/10 32/4
theories [1] 26/4
there [23] 3/17 5/5 5/6 5/9 6/5 6/6 6/8 9/12 16/1 21/19 22/10 24/10 28/6 28/9 29/11 29/22 29/22 30/8 30/16 32/13 33/14 34/2 39/12

**T**

there [5] 4/7
therefore [3] 16/4 16/17 20/10
thereon [1] 3/24
these [8] 6/3 7/24 11/17 13/6 24/4 24/22 25/5 30/8
they [7] 10/14 10/14 12/24 29/23 30/23 36/6 36/6
thing [5] 13/2 16/6 29/20 30/12 30/21
things [1] 30/20
think [5] 12/23 13/10 13/16 14/19 14/20
third [2] 10/16 21/9
this [98]
those [7] 11/20 15/18 15/20 19/2 27/18 31/15 32/1
though [1] 32/19
three [4] 4/15 30/2 37/15 37/16
through [6] 4/11 7/22 19/24 22/14 24/23 29/4
time [17] 3/18 5/13 9/9 9/10 9/20 22/4 23/5 23/25 24/18 25/9 25/19 26/7 28/7 35/16 36/6 38/5 38/8
times [3] 30/2 30/6 32/13
timing [1] 7/10
today [6] 23/12 23/24 25/21 26/3 27/21 33/5
Toni [4] 2/5 40/4 40/11 40/11
TONY [2] 1/15 3/12
too [1] 9/11
took [2] 24/1 32/1
total [3] 22/17 25/2 37/1
traffic [1] 32/3
transactions [1] 32/15
transcript [2] 1/10 40/7
transcription [1] 2/9
transforming [1] 24/17
traveled [1] 29/9
tremendous [1] 29/13
TRICHE [1] 1/10
tried [1] 17/10
truck [2] 6/8 6/10
trucks [1] 6/1
true [1] 40/6
truly [1] 26/3
trust [4] 25/20 36/1 36/7 36/7
turmoil [1] 30/23
Tusa [4] 2/5 40/4 40/11 40/11
TV [4] 7/2 7/2 7/8 8/3
two [14] 6/1 6/8 7/23 8/11 12/5 18/5 20/17 20/21 21/8 21/9 23/1 29/2 29/11 29/15
two-level [3] 7/23 20/17 21/9
two-way [1] 29/15

**U**

U.S [6] 1/14 1/17 1/20 19/17 37/11 38/7
U.S. [1] 37/11
U.S. Attorney's [1] 37/11
U.S.C [14] 9/18 17/22 18/2 18/9 18/12 18/19 31/12 35/4 36/12 36/25 38/18 38/18 38/20 38/23
unable [1] 34/3
uncharged [1] 34/3
unconscionable [1] 36/8
unconscious [2] 21/5 32/3
uncontested [1] 6/13
uncontradicted [3] 4/20 7/14 7/25
uncontrollable [1] 24/17

under [14] 9/17 11/8 12/17 16/10 17/25 18/7 18/16 19/2 21/24 31/18 38/16 38/17 38/23 39/6
undermine [1] 30/9
understand [1] 36/3
understanding [3] 9/4 9/6 40/7
Unfortunately [1] 29/23
uniform [3] 30/2 30/16 32/14
unique [1] 33/11
unit [2] 7/5 8/5
UNITED [27] 1/1 1/4 1/11 1/14 1/17 1/20 3/5 3/8 3/10 3/13 3/19 13/22 13/24 13/25 15/10 15/16 17/2 17/9 18/24 22/5 35/6 37/10 37/19 38/10 38/12 39/13 40/5
United States [18] 3/5 3/8 3/19 13/22 13/24 13/25 15/10 15/16 17/2 17/9 18/24 22/5 35/6 37/10 37/19 38/10 38/12 39/13
units [1] 21/8
unlawful [1] 25/13
unlawfully [1] 20/4
unless [1] 19/16
unpopular [1] 30/14
unsupported [1] 6/5
unsurreal [1] 24/16
until [3] 8/10 27/11 32/23
up [2] 29/21 33/20
upon [4] 4/9 22/21 23/23 25/11
upward [2] 35/22 36/11
us [5] 29/12 29/19 30/5 30/25 31/1
use [2] 10/5 32/10
used [7] 10/22 13/15 21/7 23/22 31/25 32/16 36/1
uses [2] 14/1 23/16
using [3] 2/9 10/24 32/4
USSG [6] 17/24 19/10 19/21 20/19 21/11 22/22
usual [1] 19/2

**V**

validity [2] 39/4 39/4
variance [4] 31/20 35/22 36/10 36/11
variation [1] 15/17
various [1] 15/12
vehicle [2] 12/25 38/6
verbatim [1] 16/16
verdict [1] 28/24
Vernon [3] 28/14 31/25 33/6
versus [1] 1/5 3/6
very [8] 10/20 11/24 12/10 13/11 24/7 25/14 30/2 30/11
victim [13] 20/16 20/17 20/20 20/21 20/22 21/4 28/11 31/1 32/2 32/3 32/20 33/20 33/21
victim's [4] 20/24 21/6 21/7 21/22
victims [4] 27/15 27/18 37/2 37/5
violated [1] 16/17
violating [1] 18/9
violation [1] 36/7
Volvo [2] 7/5 7/10
vulnerability [1] 20/25
vulnerable [4] 20/16 20/16 20/21 20/22

**W**

waive [2] 37/7 38/25
waived [3] 38/14 38/18 38/21
waiver [1] 39/4
wallet [1] 21/6
wandered [1] 29/7
want [2] 10/1 11/12

wanted [3] 10/4 27/4 36/4
wanton [1] 20/5
war [1] 30/14
was [64]
Washington [1] 1/22
wasn't [1] 32/23
way [3] 25/18 29/12 29/15
we [26] 10/16 10/19 14/12 14/16 16/23 16/24 17/13 23/9 25/16 25/17 25/18 28/11 28/14 29/6 29/6 29/10 29/12 30/1 30/2 30/3 30/4 31/1 31/3 33/6 34/13 34/18
weapon [1] 37/25
well [6] 12/9 15/23 16/13 18/25 28/4 31/16
went [2] 30/13 30/16
were [6] 4/11 6/5 9/12 32/15 32/22 36/6
what [16] 10/19 11/7 11/14 12/9 12/11 13/6 14/7 15/22 15/24 24/4 24/14 25/10 28/13 29/10 31/2 34/17
What's [1] 12/2
whatever [1] 10/12
whatsoever [1] 5/8
when [18] 6/24 7/4 9/15 10/7 10/20 10/1 11/9 12/6 14/14 14/16 16/10 19/5 20/23 24/7 29/10 30/8 30/19 30/2
where [9] 21/4 22/23 24/10 30/4 33/5 33/6 33/19 34/2 34/15
whereabouts [1] 24/6
Wherever [1] 29/21
whether [4] 14/14 16/6 17/5 17/5
which [28] 5/7 7/22 8/22 11/13 11/15 11/16 12/4 14/5 14/11 14/25 16/1 16/3 16/17 16/18 16/23 17/9 24/21 25/7 25/8 25/12 25/21 26/14 34/1 34/3 37/20 38/17 38/23 39/14
while [2] 36/9 37/22
whirlwind [1] 24/14
who [7] 20/22 24/8 24/9 24/25 27/10 31/1 32/21
whoever [2] 12/12 18/12
whole [1] 29/8
why [4] 3/17 10/8 10/25 16/1
wife [8] 4/19 4/21 7/19 8/1 8/18 21/23 29/8 30/7
will [16] 4/16 8/14 9/25 10/2 20/12 23/12 26/1 27/16 27/23 31/2 33/18 33/21 34/18 36/3 37/7 39/9
willfully [1] 21/12
willing [1] 27/22
wire [3] 11/16 19/1 19/6
wish [1] 22/3
withdrawn [1] 4/7
within [3] 24/25 34/19 37/18
without [3] 26/14 26/18 39/11
witness [2] 24/19 28/12
witnessing [1] 24/14
wonderful [1] 29/6
worked [1] 23/18
working [1] 26/24
world [2] 29/8 29/10
worse [2] 31/1 32/7
would [33] 6/6 6/9 9/20 13/19 14/22 14/23 15/2 15/10 15/18 17/13 19/6 23/6 23/8 28/6 28/10 28/11 29/2 29/1 29/18 31/4 31/6 31/9 31/19 34/1 35/21 35/22 36/11 36/17 36/18 36/18 36/19 39/13 39/18
written [1] 28/17

**Y**

yard [1] 27/25
year [1] 37/15
years [12] 12/21 22/20 22/25 23/1
 23/18 23/20 23/21 27/23 29/7 35/7
 37/15 37/16
Yes [3] 4/3 4/6 28/21
you [68]
your [50]
Your Honor [27] 3/11 3/21 9/23 10/8
 10/21 10/25 13/20 13/22 14/22 15/9
 15/11 22/6 23/8 26/6 27/8 27/19 27/25
 28/1 28/8 31/11 31/20 32/12 32/25
 34/10 34/14 39/13 39/23
Your Honor's [1] 14/24